IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES | * | |
| vs. | * | Case No.: JKB-16-51 |
| ALEXANDER CAMPBELL | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

**DEFENDANT'S RESPONSE TO GOVERNMENT'S MOTION
FOR PROTECTIVE ORDER**

The Defendant has no objections to the Government's Motion for a Protective Order (ECF 165).

                                                    /s/
                              David W. Fischer, Esq.
                              Federal Bar No. 023787
                              Law Offices of Fischer & Putzi, P.A.
                              Empire Towers, Suite 300
                              7310 Ritchie Highway
                              Glen Burnie, MD 21061
                              (410) 787-0826
                              Attorney for Defendant

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 18th day of May, 2017, a copy of the foregoing Defendant's Response to Motion for Protective Order was electronically filed with the Clerk of the United States District Court using CM/ECF, with a notice of said filing to the following:

Counsel for the Government:        Derek Hines, Assistant United States Attorney
                                            36 South Charles Street
                                            Fourth Floor
                                            Baltimore, MD 21201

                                                  /s/
                                            David W. Fischer, Esq.