# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL NO. CCB-16-51** |
| v. | |
| **GLEN KYLE WELLS,** | |
| *Defendant.* | |

## GOVERNMENT'S RESPONSE
## TO DEFENDANT WELLS MOTION FOR NOTICE OF 404(B) EVIDENCE

The United States of America, through its undersigned attorneys, respectfully submits this response to Defendant Wells's Request for Government's Intention to Use Rule 404(b) Evidence at Trial (ECF 224). The Government does not intend to introduce evidence in its case-in-chief against Defendant Wells pursuant to Federal Rule of Evidence 404(b). Therefore, the motion should be denied.

    Respectfully submitted,

    Stephen M. Schenning
    Acting United States Attorney

By: _____/s/_____
    Leo J. Wise
    Derek E. Hines
    Assistant United States Attorneys
    36 South Charles Street, 4th Floor
    Baltimore, Maryland 21201
    (410) 209-4800

Dated: September 28, 2017

**CERTIFICATE OF SERVICE**

      I hereby certify on this 28th day of September, 2017 that I caused a copy of the foregoing Response to be served on counsel for all defendants by filing with the Court's Electronic Court Filing system.

                                                _____/s/_____
                                                    Leo J. Wise