**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL NO. CCB-16-51** |
| v. | |
| **OMARI THOMAS,** | |
| *Defendant.* | |

**GOVERNMENT'S OMNIBUS RESPONSE TO DEFENDANT OMARI THOMAS'S MOTION TO ADOPT MOTIONS AND MOTION TO SUPPRESS STATEMENTS**

The United States of America, through its undersigned attorneys, respectfully submits this omnibus response to Defendant Thomas's Motion to Adopt Motions of Co-Defendants (ECF 231) and Motion to Suppress Statements (ECF 232).

In his motion to adopt, Defendant Thomas specifically asks the court to allow him to adopt Defendant Shropshire's Motion to Suppress the Wiretap (ECF 215) and Motion to Exclude Evidence of Drug Overdoses (ECF 208). However, prior to the filing of Defendant Thomas's motion on September 29, 2017, the Court denied Defendant Shropshire's motion to suppress on September 20, 2017 (ECF 225) and motion to exclude on September 21, 2017 (ECF 208). Accordingly, the Court should also deny Defendant Thomas's motion to adopt the denied motions.

The United States is not aware of any statements made by Defendant Thomas at his arrest and does not intend to use any such statements against him at trial. Accordingly, Defendant Thomas's motion to suppress statements should be denied as well.

    Respectfully submitted,

    Stephen M. Schenning
    Acting United States Attorney

By: _____/s/_____
    Leo J. Wise
    Derek E. Hines
    Assistant United States Attorneys
    36 South Charles Street, 4th Floor
    Baltimore, Maryland 21201

**CERTIFICATE OF SERVICE**

      I hereby certify on this 6th day of October, 2017 that I caused a copy of the foregoing Response to be served on counsel for all defendants by filing with the Court's Electronic Court Filing system.

                                                _____/s/_____
                                                Derek E. Hines