```
 1                 IN THE UNITED STATES DISTRICT COURT
                      FOR THE DISTRICT OF MARYLAND
 2                          NORTHERN DIVISION

 3   UNITED STATES OF AMERICA,   )
           Plaintiff,            )
 4                               )
           vs.                   ) CRIMINAL CASE NO. CCB-16-051
 5                               )
     OMARI THOMAS,               )
 6         Defendant.            )
     _____ )
 7

 8
                        Thursday, February 15, 2018
 9                           Courtroom 7D
                           Baltimore, Maryland
10

11
             BEFORE:  THE HONORABLE CATHERINE C. BLAKE, JUDGE
12

13                             SENTENCING

14
     For the Plaintiff:
15
     Leo J. Wise, Esquire
16   Derek E. Hines, Esquire
     Assistant United States Attorneys
17
     For the Defendant:
18
     Harry D. McKnett, Esquire
19
     Also Present:
20
     Gina Swillo, U.S. Probation Officer
21   Corporal David McDougall, Harford County Sheriff's Office

22   _____

                           Reported by:
23
                        Douglas J. Zweizig, RDR, CRR
24                      Federal Official Court Reporter
                        101 W. Lombard Street, 4th Floor
25                         Baltimore, Maryland  21201
```

1      **P R O C E E D I N G S**

2          (9:27 a.m.)

3          **THE COURT:**  Good morning, everyone.  Be seated,

4    please.

5          Call the case, Mr. Wise.

6          **MR. WISE:**  Thank you, Your Honor.

7          The case is United States of America versus

8    Omari Thomas, Criminal No. 16-051-CCB.  Leo Wise and

9    Derek Hines appearing for the United States.

10         With us is Corporal David McDougall of the

11   Harford County Sheriff's Office.  And we're here this morning

12   for sentencing.

13         **THE COURT:**  All right.  Thank you.

14         **MR. McKNETT:**  Good morning, Your Honor.

15         **THE COURT:**  Good morning.

16         **MR McKNETT:**  Harry McKnett here on behalf of

17   Mr. Thomas, who is present here to my right.

18         **THE COURT:**  Okay.  All right.  Thank you.

19         So I'll say that I have reviewed the presentence

20   report, of course; and, Mr. McKnett, your sentencing

21   memorandum.

22         Before I get to the presentence report and the

23   sentencing, is there any new trial issue to be dealt with?

24         **MR. McKNETT:**  Your Honor, I'm not sure if it's a

25   pretrial or a presentencing issue --

1          **THE COURT:**   Okay.   My question probably wasn't clear.

2    I know that certain of the co-defendants have filed motions for

3    a new trial, I recall specifically on behalf of Mr. Campbell.

4    And then there's a general sort of motion to adopt and so

5    forth.

6          I wasn't sure whether you were pressing, on behalf of

7    Mr. Thomas, any motion for a new trial.   I didn't think so, but

8    that's just what I was trying to clear up.

9          **MR. McKNETT:**   No, Your Honor.

10          **THE COURT:**   Okay.   All right.   Then, yes, we'll get to

11    the guideline issues, I think, as we're going along.

12          Obviously, we're here because of Mr. Thomas's jury

13    conviction on Count 1.   I forget if it was -- was it the

14    third superseding?

15          **MR. WISE:**   It was the third, Your Honor.

16          **THE COURT:**   Third superseding indictment.   It was a

17    conspiracy, possess with intent to distribute a quantity of

18    heroin.   The jury was asked to find whether it was a hundred

19    grams or more as to Mr. Thomas, and they did.

20          There is a presentence report, as I've indicated.   I'm

21    aware that there may be a number of issues about the guideline

22    calculations.

23          But before we get to that, let me just see, starting

24    with the Government, aside from guidelines, any additions,

25    corrections, modifications to the presentence report?

1          **MR. WISE:**  No, no, Your Honor.  Thank you.

2          **THE COURT:**  Okay.

3          And, Mr. McKnett, just for the record, you've

4    obviously read the presentence report.  Has Mr. Thomas had the

5    chance to read it and discuss it with you?

6          **MR. McKNETT:**  Your Honor, I did challenge the summary

7    of the facts, so that, I think, is in dispute.

8          Other than that and potential guidelines issues, there

9    are -- nothing else is a problem.

10         **THE COURT:**  Nothing else.  Okay.  All right.

11         And Mr. Thomas did review the presentence report?

12         **MR. McKNETT:**  Yes, Your Honor, we have reviewed it

13   more than once.

14         **THE COURT:**  Okay.  All right.

15         Well, let me see what everybody's position is going to

16   be on the guidelines.

17         The presentence report, I think, following the

18   Government's overall statement of facts as to the total

19   quantity of drugs involved in this conspiracy, I believe the

20   presentence report starts Mr. Thomas at an offense level of 34,

21   which seems to me quite too high for Mr. Thomas.

22         There are also issues about maintaining premises and

23   being a manager or supervisor, which I'll be happy to hear from

24   the Government.  I've looked at some case law on those two

25   issues.  And my memory will have to be refreshed if the

 1   Government is pressing those enhancements as to Mr. Thomas.

 2          My tentative thought about sort of where the

 3   guidelines should be, subject to letting everybody argue, is

 4   starting at an offense level of 28, which would be 700 --

 5   between 700 grams and a thousand.  His criminal history

 6   category appears to be a I, so the guideline range would be 78

 7   to 97 months.

 8          So that's kind of where I am.

 9          Where would the Government like to be?

10          **MR. WISE:**  Your Honor, I think I can address first the

11   premises.  I think that's probably the easiest.  And I can show

12   the exhibits that demonstrate the use of at least two premises

13   in the offense conduct, and these were the address at Tailspin

14   and the address at Sinclair.

15          At trial, Sinclair was Exhibit 3C, and there were

16   multiple -- and there was testimony from two customers who

17   testified in the trial, McCleary and Kim, that they went to the

18   Sinclair location and bought heroin from Mr. Thomas.

19          And there are -- and 16B is a -- was surveillance

20   photos that show those men going into the location, and they

21   testified to that, for the purpose of purchasing heroin.

22          16B shows one such transaction.  That's the -- and

23   there are multiple pages to 16B.  This was, I believe, Mr. Kim

24   coming out.

25          Mr. McCleary identified this was himself going in,

1    with the hat, into the residence and then coming out.

2          And they testified that that -- the reason they went

3    to that premises, which was a location maintained by the

4    defendant and his girlfriend, was specifically for the purchase

5    of heroin.

6          The other location was the Tailspin address, which was

7    also -- there was also testimony concerning Mr. Thomas's

8    primary residence.  And there was testimony by three customers:

9    Ms. Dunaway, Ms. Fullerton, and Mr. Resh that they went to that

10   location.  There were also surveillance photos shown of

11   Ms. Dunaway and Ms. Fullerton there.

12         And then one of the controlled buys that Mr. Resh

13   participated in was actually specifically at that residence.

14         And Exhibit 14A -- well, there were two

15   controlled buys.  14A was a February of 2016 controlled buy

16   that Mr. Resh did under the direction of law enforcement.

17         And then 15A was a March controlled buy that Mr. Resh

18   did at the direction of law enforcement.  And those

19   controlled buys, the February one was discussed, along with the

20   aid of Exhibit 14A, by the law enforcement officers that

21   participated that managed the controlled buy using Mr. Resh.

22         So we think the premises -- we think the premises

23   enhancement is appropriate and was established at trial through

24   the testimony of these witnesses, the law enforcement witnesses

25   that participated in the surveillance, and then physical

1    evidence that was shown.

2         THE COURT:  Did you have any evidence regarding drugs

3    or money or guns or anything like that being stored inside the

4    apartments?

5         MR. WISE:  Well, certainly drugs were stored in the

6    apartment since that's where these customers went to conduct

7    the transaction, as opposed to the street transactions that

8    were talked about with other customers.

9         THE COURT:  Yes, which certainly seemed to be more

10   common.

11        As to Sinclair, what was the evidence of whether

12   Mr. Thomas had a key, lived there, paid expenses?

13        MR. WISE:  Sure.  The evidence was that he was -- he

14   used that location on more than one occasion; that it was an

15   alternative site, particularly as law enforcement -- as the

16   organization's awareness of law enforcement increased as

17   various members were being arrested and it was -- the evidence

18   was that he was in a relationship with, romantic relationship

19   with the owner of that premises and was surveilled frequently

20   there as a result of that.

21        THE COURT:  Sure.  But -- so what would -- I mean,

22   there doesn't seem to be a published -- at least not a recent

23   published Fourth Circuit case on this, but there are several

24   unpublished cases that seem to make it clear that I've got to

25   have evidence that it's one of the primary or principal uses of

the premises.

And I'm just not sure that two customers making a purchase from Sinclair Lane, which apparently is basically rented or whatever, controlled by someone else, fits into the restrictions of Fourth Circuit case law.

**MR. WISE:**  Your Honor, I think that in addition to those -- I mean, those customers, I think, testified that they did that on multiple occasions.  It wasn't these isolated incidents.  We had surveillance in particular isolated incidents.

But in particular, Ms. Dunaway and Ms. Fullerton I think both testified that they went to that location routinely as part of the sales process with Mr. Thomas and that they, if I'm remembering the testimony correctly, preferred that as opposed to the more visible street corners along The Alameda or in the northern part of the city where other customers were conducting their business.

**THE COURT:**  Okay.  They met them out in the parking lot, as I recall.

**MR. WISE:**  They actually went into the --

**THE COURT:**  They went into the house.

**MR. WISE:**  -- into the house itself.

**THE COURT:**  Okay.  All right.

**MR. WISE:**  And that was the case for both of the locations and all five witnesses that testified that they all

1   went into the premises, and certainly the Court can infer that

2   was for the purpose of evading detection.

3           As we saw at trial, I believe the cross-examination of

4   the surveillance officers appropriately was you didn't actually

5   see the hand-to-hand transaction.  That's precisely why

6   premises are used for this purpose, even when there is

7   surveillance, to prevent the direct observation of the

8   transaction.

9           **THE COURT:**  Okay.  And for how long does the evidence,

10  in your recollection, show that Mr. Thomas was engaged in these

11  transactions?

12          **MR. WISE:**  So the first witness to testify about his

13  involvement with Mr. Thomas -- or the witness that put the date

14  at its earliest point was Mr. Kim, who I mentioned was one of

15  the customers that went to the Sinclair Lane residence.  And

16  he -- Mr. Kim, if you'll recall, was the Johns Hopkins

17  mechanical engineering student who began using heroin while in

18  college and then continued.

19          And he testified that he started buying from Thomas in

20  2014 or 2015 when he was a college student at Johns Hopkins and

21  then continued through until he was able to potentially get

22  addiction -- go into a rehab program, but that was well within

23  the latter stages of the conspiracy.  So he put it at at least

24  2014 or 2015.

25          Obviously, the -- and I was going to focus on this in

1    discussing the management-role enhancement.  The phone itself

2    passed -- one of the organization's phones that they used to

3    connect to customers passed from Mr. Shropshire, the leader of

4    the organization, to Mr. Thomas in February, although there was

5    testimony of at least one controlled buy in January of 2016.

6        So it's not just the testimony of Mr. Kim that there

7    were heroin transactions involving Mr. Thomas prior to

8    February 2016.  There was a controlled buy in January.

9        But the -- you know, the period that -- from which

10   law enforcement was able to obviously intercept calls was --

11   involving Mr. Thomas was once the phone was passed from

12   Shropshire to Mr. Thomas in February through the summer of

13   2016.

14       **THE COURT:**  Sure.  Well, I have even more difficulty

15   with the three-level enhancement of manager/supervisor for

16   Mr. Thomas, so if you want to tell me about that.

17       **MR. WISE:**  Sure.  So as the jury heard and Your Honor

18   heard at trial, this was an organization that was based not

19   primarily on a geographic location, like a series of street

20   corners, what's sometime described as open-air drug markets, as

21   Your Honor heard about at various points.

22       But, rather, these customers came from Harford County,

23   Baltimore County.

24       And so the way in which they arranged for sales were

25   through these series of phones that were maintained by the

1  organization.  And that really was the most important piece of

2  the business model.

3          And the fact that, as law enforcement pressure was

4  increasing and Washington and Campbell, for instance, were

5  arrested and Shropshire, the leader of the organization,

6  stepped back, the person he turned to, among -- and Your Honor

7  heard testimony about other uncharged members of the

8  conspiracy -- the person he turned to was Mr. Thomas to manage

9  that, frankly, most-important asset.

10         **THE COURT:**  The phone.

11         **MR. WISE:**  The phone.

12         And that was -- without that phone, there would be no

13  sales.  That was how they connected.

14         **THE COURT:**  Sure.

15         **MR. WISE:**  And I think it demonstrates

16  Mr. Shropshire's trust in Mr. Thomas's management abilities

17  that he turned over essentially the customer base to him.  He

18  remained an active participant, but he was, as Your Honor saw,

19  for instance, from the video of the controlled purchase with

20  Mr. Shropshire, he was highly law-enforcement-sensitive.  That

21  was the video where he had the drugs stashed and he was

22  commenting on whether there were surveillance cars around them.

23         And so as we started arresting members of the

24  organization, he stopped using the phone to try to cover up his

25  own activities and instead had Mr. Thomas be the primary

1    managing that asset.

2         And we think that speaks volumes of Mr. Thomas's role.

3    Mr. Shropshire didn't choose another member of the conspiracy.

4    He didn't choose some of the truly lower-ranking people that

5    were functioning in the conspiracy.  He chose Mr. Thomas, who,

6    coincidentally, was called Lil Brill.  This was the --

7         **THE COURT:**  Sure.  Which seems to indicate some

8    management of people by Mr. Shropshire, but I don't see how it

9    shows Mr. Thomas managing people as compared to assets or just

10   simply -- I mean, you can be a substantial drug distributor, an

11   important member of a drug conspiracy, without satisfying

12   the -- again, have you looked at some Fourth Circuit cases?  I

13   have some Fourth Circuit cases, several of which reverse

14   District Judges applying that enhancement if there is not

15   management of people as compared to --

16        **MR. WISE:**  Right.  And where we saw management of

17   people was there was testimony from multiple customers that

18   when -- after the phone was passed from Mr. Shropshire to

19   Thomas on multiple occasions, while they placed the order with

20   Mr. Thomas on the phone, they were met by either another

21   charged member of the conspiracy or an uncharged member of the

22   conspiracy who actually conducted the transaction.

23        And I think that was the -- I think that was clear

24   evidence that he was managing other members of the conspiracy.

25   He wasn't simply taking orders and then filling them himself.

1    He was dispatching other people who, in our understanding from

2    the testimony at trial, was while this was -- while this was

3    certainly a loosely organized sort of geographic area, the

4    customers noticed that they would -- the person that came up to

5    the car after they placed the order -- whether Shropshire or

6    Thomas or Campbell or Washington, earlier in the period -- they

7    would then be approached by whomever was sort of closest to

8    where they had been directed by Mr. Thomas and Mr. Shropshire

9    to go.

10          And so sometimes it was them, but very often it

11   wasn't.  And that, I think, clearly demonstrates him not only

12   managing this most-important asset and the customer

13   relationships and being counted on to actually be able to

14   conduct the transactions, but also managing people in order to

15   do that.

16          **THE COURT:**  Okay.

17          **MR. WISE:**  And then third, in terms of -- I can turn

18   to the third issue, the quantities -- and this is at

19   Paragraph 7.

20          Based on the testimony of the 14 customers that

21   identified purchases from Mr. Thomas alone -- and they

22   obviously purchased from other members of the conspiracy -- the

23   quantities from those customers is -- was approximately

24   1,252 grams.

25          So it would be our position that if the Court were to

1   not find that the total of 17-plus kilograms was reasonably

2   foreseeable, rather than a base of 28, we believe the

3   appropriate base would be a 30 based on that number, that

4   1,252-gram number, which came directly from trial testimony of

5   the 14 customer witnesses that testified at trial.

6           And this is -- I'll just put on the screen.  This is

7   the same chart that was included in the PSR that showed --

8   based solely on the trial testimony.

9           And I'll add, of course, that these were not the only

10  14 customers that this organization or this defendant had.  So

11  I think it's an extremely conservative number.

12          And as Special Agent Edwards testified, he looked at

13  just a series of phone calls, in addition to the trial

14  testimony, where specific quantities were discussed, specific

15  amounts, and obviously found --

16          **THE COURT:**  I can't quite read that on the screen.

17          **MR. WISE:**  I'm sorry.  I'll enlarge that.

18          If you recall the testimony of Special Agent Edwards,

19  he went through phone records where there were specific

20  mentions of numbers, sort of hard numbers, not kind of vague,

21  "I need some," "do you have some?"  But specific transaction

22  numbers; and then just out of that snapshot put the number he

23  testified to.

24          And I offer that because it certainly corroborates the

25  fact -- the testimony of the customers that these were repeat

1    customers.

2         And so when they said -- when they gave an estimate

3    that they were buying daily, which Your Honor often heard,

4    buying daily from the defendant, this particular defendant in

5    that period -- and, frankly, before it -- that that number, the

6    1,252, is a conservative -- we think a conservative estimate,

7    but at the very least, the smallest figure that could be

8    attributed to his direct involvement, not even to what was

9    reasonably foreseeable as a member of the conspiracy.

10        **THE COURT:**  Okay.  All right.  Thank you.

11        Mr. McKnett.

12        **MR. McKNETT:**  Your Honor, I agree with the Court's

13   potential calculation of the quantity.  In fact, that's -- I

14   think that's the range that I put into my sentencing

15   memorandum.

16        The Government's 1D indicates 503 grams.  I would

17   point out that there's very little, if any -- in fact, I don't

18   remember any evidence -- that Mr. Thomas ever passed the phone

19   to anyone else or that anyone else responded to a call that

20   Mr. Thomas took.

21        Prior to Mr. Thomas's involvement, his first

22   appearance on the scene was on February 1st, 2016, when there

23   was a telephone call he took.

24        But from that time until he effectively withdrew from

25   the conspiracy -- which there's no specific date in the

1    evidence about that.  It's somewhere from the end of May to a

2    date in early fall when there was testimony of a telephone call

3    to that phone that was answered by Mr. Shropshire.  The phone

4    was back in his possession.

5            Prior to Mr. Thomas's involvement, the calls that went

6    to Mr. Shropshire on that phone were parceled out to other

7    people.

8            But every call that was made on that phone from

9    February 1st, until Mr. Shropshire took the phone back, was

10   answered by Mr. Thomas, and the evidence was clear that

11   Mr. Thomas responded to those calls.

12           There was no -- and I think I'm blurry on the issues

13   here, and I apologize for that -- there was no indication that

14   other than having the phone that Mr. Shropshire gave to

15   Mr. Thomas that Mr. Thomas interacted with any other member of

16   the conspiracy.

17           Now, as far -- so I don't think there's -- managing or

18   holding a phone at the direction of Mr. Shropshire does not

19   make Mr. Thomas a manager, supervisor, or put him in any other

20   position of authority or any other person.

21           And the law is clear that supervision requires a

22   person being supervised or managed or directed in some way.

23   And the evidence is simply completely absent that Mr. Thomas

24   served that role in any way at all.

25           As far as maintaining the premises, first of all, it's

1  speculative that Mr. Thomas was storing drugs at any premises.

2  The fact that someone may have purchased drugs from him in a

3  premises does not mean the drug was stored there.  It could

4  have been carried in by Mr. Thomas specifically for that

5  customer.  And there is no evidence to the contrary.

6          The residence on Tailspin was Mr. Thomas's home and

7  the home of Ms. Daughtry and their child, after the child was

8  born.  That was the primary purpose of the premises, not to

9  store, distribute, manufacture, or any other purpose for drugs.

10          And as far as the Sinclair Lane premises is concerned,

11  first of all, there's no evidence that Mr. Thomas had any

12  possessory or controlling interest in that property.

13          Second of all, there is no evidence that anybody

14  actually entered an apartment at that address.  It is an

15  apartment building with a closed entrance.

16          And I have been in many cases where transactions were

17  conducted behind a door but in the hallway of an apartment

18  building, for security reasons.  And there's no evidence to

19  dispute that.  There's no evidence to put Mr. Thomas in control

20  or have any possessory interest in the Sinclair Lane property.

21          As far as Mr. Thomas's involvement in the conspiracy,

22  Mr. Kim did say 2014 and then he changed it to 2016.  He is an

23  outlier, the only customer who mentioned any date before 2016

24  that involved Mr. Thomas.

25          Mr. Thomas's involvement, from what I can see in the

1    evidence, began on February 1st and ended sometime at or after,

2    shortly after the end of May.

3            After that -- after the wire, there is a lack of

4    evidence of Mr. Thomas's involvement.  There are no

5    surveillances after that date.  There are no calls because

6    there was no longer a wiretap on that one phone.

7            And I don't recall -- I recall witnesses testifying

8    that they may have purchased things from Mr. Thomas after the

9    end of May, but the dates were not clear.

10           And as one of the Government's own witnesses,

11   Mr. Waldman, testified, drug addicts don't keep diaries.  They

12   don't keep logs.  They don't write down the dates where they

13   buy drugs.

14           And I point to the testimony of, I believe it was

15   Ms. Hild, who at first testified that she was buying every day,

16   and in larger quantities than other people were testifying to.

17           But when I questioned her about that, she admitted

18   that maybe it wasn't every day.  Maybe it was every three or

19   four days.  And instead of 3 or 4 grams, maybe it was 1 or 2.

20           But it's indicative of what Mr. Waldman was saying:

21   That drug addicts don't keep records.  Their recollections are

22   not all that clear.  And they're just looking to get high,

23   which leaves open the question of when did Mr. Thomas stop.

24   All they can say is that it was sometime after the end of May,

25   most likely, but sometime before the time Mr. -- clearly,

1    before Mr. Shropshire took the phone back, and that's all we

2    know.

3            So his involvement was from February 1st until

4    sometime at or after the end of May.

5            **THE COURT:**  And what is your specific argument, on the

6    quantity, why the 1,252 grams shouldn't at least be considered

7    and we should be at a Level 30?

8            **MR. McKNETT:**  Well, in my argument, Your Honor, I

9    mentioned that the average amount was about 250 grams -- in my

10   memorandum, about 250 grams a month.  And if Mr. Thomas was

11   involved for four months, that would be about a thousand grams.

12           And I think lenity requires that he be given the

13   benefit of the doubt as to whether or not it was actually a

14   thousand or something slightly less than a thousand.

15           So I'm in that range, 700 to a thousand grams.  And I

16   did that on the numbers that the Government provided as to the

17   amount of drugs that are attributable to Mr. Thomas.

18           **THE COURT:**  Okay.

19           **MR. WISE:**  On that, Your Honor, as was made clear, it

20   seems like Mr. McKnett is misunderstanding

21   Special Agent Edwards' testimony.

22           I mean, I was struck when I saw his memorandum where

23   this 700 number came from.  It actually isn't rooted in any of

24   the evidence.

25           The 500 grams that Special Agent Edwards testified

1    about was not a summary of all of the transactions.  It was

2    simply transactions, phone calls where specific amounts were

3    mentioned.

4          And there were clearly additional transactions.

5    They're ordering heroin; that's demonstrably provable.  But the

6    calls themselves didn't mention a half or a whole.  Didn't have

7    a specific number in them.

8          So the 503 grams in the summary exhibit -- and this

9    was made clear at trial -- was not all of the transactions, all

10   of the heroin transactions in that period.  It was a small

11   subset that included specific mention of numbers.

12         So that's not -- you can't extrapolate from that that

13   that means what Mr. Thomas is -- what Mr. McKnett is saying it

14   means.

15         The record evidence is the 1,252 number.  700 seems,

16   on that basis, entirely arbitrary.

17         And I would point out just for one example,

18   Mr. McKnett mentioned Ms. Hild.  The way that 1,252 was

19   calculated -- and this was explained in the closing -- was

20   actually -- her testimony was that she bought from Lil Brill 4

21   to 5 grams at a time in 2016.

22         And so the estimate -- we did a low-end estimate of

23   actually 4 grams once per week over 12 weeks, and so that was

24   her component of the 1,252.

25         So we didn't -- when someone gave an estimate, we

1    didn't take the high end.  We took the low end to be

2    conservative, for lenity purposes.

3         And while addicts don't keep diaries, as Mr. McKnett

4    pointed out, those witnesses were crystal-clear about how they

5    had to buy, witness after witness, every day, to maintain, just

6    to maintain their health during the period when they were

7    addicted.

8         And, I mean, I think that Ms. Dunaway, the very first

9    witness who testified, she started using heroin after she lost

10   her husband.  She was completely clear on it, about the fact

11   that she, you know, lived off the death benefits she was

12   receiving and then worked cleaning houses specifically for the

13   purpose of maintaining her addiction.

14        And she was coming into the city on a daily basis to

15   buy, and to buy from Mr. Thomas in that period when

16   Mr. Shropshire transferred the phone to him.

17        Mr. McKnett also said there's no evidence that he --

18   that Mr. Thomas transferred the phone to anyone else.  Well,

19   that's not what the record evidence is.  It's clear that the

20   phone went from Shropshire, when he pulled back after the

21   arrests, to Thomas and then back to Shropshire when there was a

22   period when there were no arrests made.  And that's not -- that

23   requires volition on Mr. Thomas's part to transfer the phone

24   back to the -- you know, the head of the organization at that

25   point.

1      **THE COURT:**  Well, perhaps we heard Mr. McKnett

2  differently.   I don't think he denied that the phone didn't go

3  back to Mr. Shropshire.   I thought he was addressing the

4  interim.

5      **MR. WISE:**  Well, the first thing he said was there's

6  no evidence that Mr. Thomas gave the phone to anyone else, and

7  that's not true.  It's not.

8      **THE COURT:**  You did not mean other than -- you meant

9  other than Mr. Shropshire?

10      **MR. McKNETT:**  That's correct, Your Honor.   That

11  indicates that Mr. Shropshire was supervising Mr. Thomas.

12      **THE COURT:**  Right.   Okay.

13      **MR. WISE:**  And, of course, there is the higher, in the

14  enhancements, for role.  This is the manager role.   This is not

15  the leader/organizer, which we believe the evidence shows is

16  Mr. Shropshire.

17      But it's also not evidence of any kind of withdrawal

18  because it's not like he shut the phone down or destroyed it.

19  It was clear that he gave it back to Shropshire, so there's

20  no -- there was no record evidence that he withdrew from the

21  conspiracy at any point, which would require an affirmative

22  step to defeat the ends of the organization, like destroying

23  their most-valuable asset, which was this phone that had been

24  entrusted to him.

25      **THE COURT:**  All right.

 1          **MR. McKNETT:**  If I may, I was not -- when I used the

 2    word "withdrawal," I am not trying to say that he withdrew in

 3    the -- following technical steps required by law.  But he

 4    stopped participating.

 5          **THE COURT:**  I understood your argument just to go to

 6    that point, and perhaps in terms of quantity, but not to be

 7    what we would consider under the law a withdrawal --

 8          **MR. McKNETT:**  Yes.

 9          **THE COURT:**  -- from the conspiracy.

10          I'm going to start with the Government.

11          Considering all the factors under 3553(a), what do you

12    all think is a reasonable sentence here in this case?

13          **MR. WISE:**  Your Honor, you know, I'll get to the

14    point, give you a number in a second, but I don't -- it's been

15    some time since the trial, but I think what made a profound

16    impact in that courtroom was the 14 people who testified about

17    their lives and the role that the heroin that Mr. Thomas sold

18    played in their lives, and it -- you know, very often we have

19    drug cases that are based on wiretaps with voices from people

20    we never see, from lives we don't -- we don't know the

21    circumstances concerning.

22          This was an unusual case in the sense that we did call

23    customers.  And I think both from the moment jury selection

24    started and it became clear the impact that heroin's having in

25    our community, not only in our city, but in the surrounding

communities, is profound, and that really, in our minds, speaks

to the seriousness of the offense and why a significant term of

incarceration is appropriate.  And I think about those

witnesses when I thought about what would be appropriate here.

And our recommendation to the Court would be a

sentence of 144 months.  That would reflect the seriousness of

the conduct just in the period he -- even accepting the

defendant's argument, just in the period when this organization

had not only those 14 people, but based on the record evidence,

the calls, the other evidence, had hundreds more customers

that --

**THE COURT:**  Mr. Wise, let me ask you this.  I mean, I

agree.  I mean, you tried that case in a way different from

what we frequently see, and you did bring in the customers.

Of course, that doesn't mean that in every other drug

conspiracy that we've seen prosecuted and have had to sentence

that there were not the same individual victims.  It doesn't

mean that that drug conspiracy was more serious than other drug

conspiracies involving heroin have been.

In this particular case, what -- I'm sure you'll

probably get to it, but what weight are you giving to the fact

that Mr. Thomas is a Criminal History Category I, unlike many

of the other people, has been employed?  How does that figure

in?

And also, how are you keeping in mind avoiding

disparity with other people?  Is this really what you would have asked for?

      **MR. WISE:**  So this is based off a guideline calculation that includes the base of 30 and then the enhancements that we feel are appropriate.  This is that range. This is right within that range, and that range would have been 121 to 151 with a base of 30 with the enhancements that we've argued that we think are appropriate.

      And I think -- and we will take similar positions among the other co-defendants, for consistency's sake.  We really --

      **THE COURT:**  If, as to this defendant, if, as to this defendant, I did not agree with the premises and managerial enhancements, if, as to this defendant, on the other hand, I did agree with the Offense Level 30, Criminal History Category I, and if the guidelines were 97 to 121, would that affect your recommendation?

      **MR. WISE:**  You know, that's a question -- and I say this -- I struggle with this in sentencing.  I mean, I think we believe those enhancements apply and have calculated a sentence that we believe is appropriate.  Obviously, the Court makes the decision.

      So I tend not to calibrate -- I won't come before Your Honor and overshoot, thinking, well, I think a reasonable sentence would be here if the Court peeled back enhancements.

1        **THE COURT:**  Okay.

2        **MR. WISE:**  I look at it holistically and try to give

3   what I think is a good-faith representation as to what we think

4   is appropriate.

5        **THE COURT:**  All right.  If there's anything else you

6   want to tell me about why 12 years is appropriate, that's fine,

7   but you don't have to.

8        **MR. WISE:**  No, Your Honor.  Thank you.

9        **THE COURT:**  Okay.  Mr. McKnett.

10       **MR. McKNETT:**  Your Honor, I think the Government's

11  recommendation is -- Mr. Thomas got a traffic ticket once and

12  he was found not guilty.  That's the full extent of his

13  involvement in the judicial system.

14       Mr. Thomas is unique, in my experience, in that --

15  well, the courtroom's full of people here to support Mr. Thomas

16  (indicating).  His future in-laws are here to support

17  Mr. Thomas.

18       12 years is not justice.  It's destruction.  It's

19  destruction of Mr. Thomas's life.  It's the destruction of his

20  family's life.

21       Mr. Thomas made a horrible mistake.  He knows it.

22  That's why he disappeared from this activity sometime after May

23  of 2016.

24       He has great potential.  He's a very intelligent man.

25  He's a hardworking man.  He faced a crisis in his life, and he

1    failed.  He learned from that, but it will never happen again.

2         There's a courtroom full of people here who want to

3    stand up and tell Your Honor what a good person Mr. Thomas is.

4         The recommended sentence that I have made punishes

5    Mr. Thomas.  And he knows he needs to be punished.  He will

6    tell you that.  He knows he damaged people.  He knows he broke

7    the law.  And he's horrified by having made that decision.  He

8    knows that's not who he is.  It's not who his mother brought

9    him up to be.  It's not who his in-laws think he is.  It's not

10   who his friends, teammates, coaches think he is.

11        But he was that person for those few months, those --

12   however -- whatever that period was, that short period, that's

13   who he was, and he's horrified by that.

14        My recommendation will punish him.  It will give him

15   the drug treatment that he should have.  And I think -- as I

16   said in my memorandum, I'm going to say it now, Mr. Thomas is

17   not using.  Drug use isn't any sort of an excuse for what he

18   did, but he knows he needs to get past that problem.  It would

19   give him additional vocational training.

20        It's -- I have never had a client before who, after he

21   was arrested, and knowing he was going to prison, took dramatic

22   steps to prepare for when he got out.  He got himself a

23   commercial driver's license while he was under the gun of this

24   case.  I've never seen anything like that before.

25        In my mind, 12 years is outrageous.  Three years is

1    appropriate.  I think the mandatory minimum is the only

2    appropriate sentence.

3              And I'm not sure when the Court would want to, but

4    there are people here who want to speak to the Court.

5              **THE COURT:**  That would be fine if you'd like to call

6    them up.  If they could just speak at the podium with the --

7              **MR. McKNETT:**  Your Honor, is it possible to have a

8    very brief recess so I can get them in order?

9              **THE COURT:**  Sure.

10             **MR McKNETT:**  Some of them were late coming because of

11   heavy traffic, and I want to make sure that I have things in

12   the right order.

13             **THE COURT:**  Sure.

14             **MR. McKNETT:**  Ten minutes?

15             **THE COURT:**  We'll take a ten-minute break.

16             **MR. McKNETT:**  Thank you.

17       (10:19 a.m.)

18       (Recess taken.)

19       (10:30 a.m.)

20             **THE COURT:**  All right.  You can be seated, please.

21             **MR. McKNETT:**  Thank you, Your Honor.

22             Your Honor, there are a number of people who would

23   like to talk to the Court about Mr. Thomas; and if I may, I'll

24   start calling them.

25             **THE COURT:**  Sure.  That's fine.

1          **MR. McKNETT:**  Mr. Daughtry, why don't you come up,

2     please.

3          **ALLAN DAUGHTRY:**  Good morning.

4          **THE COURT:**  Good morning.

5          **THE CLERK:**  Please state your name.

6          **ALLAN DAUGHTRY:**  Yes.  My name is Allan Daughtry,

7     A-L-L-A-N; last name D-A-U-G-H-T-R-Y.

8          **THE COURT:**  Thank you.

9          **MR. McKNETT:**  Mr. Daughtry, how do you know

10    Mr. Thomas?

11         **ALLAN DAUGHTRY:**  I am Auriel's, who is his fiancée,

12    father.

13         **MR. McKNETT:**  Are you working now?  Do you work?

14         **ALLAN DAUGHTRY:**  Yes.  I work for HMI, which is -- I

15    work in construction.  And I have been employed since 1987

16    there.

17         **MR. McKNETT:**  Are you a married man?

18         **ALLAN DAUGHTRY:**  Yes.

19         **MR. McKNETT:**  And your wife's name?

20         **ALLAN DAUGHTRY:**  Janet Daughtry.

21         **MR. McKNETT:**  She's here today, I believe; is that

22    correct?

23         **ALLAN DAUGHTRY:**  Yes.  Yes.

24         **MR. McKNETT:**  Ms. Daughtry (indicating).

25         **THE COURT:**  Yes.  Thank you.

1      **MR. McKNETT:**  When did you first meet Mr. Thomas?

2      **ALLAN DAUGHTRY:**  About seven, seven and a half years

3  ago.

4      **MR. McKNETT:**  How did that come about?

5      **ALLAN DAUGHTRY:**  My daughter and Mr. Thomas were

6  talking, dating, and she introduced me to him.

7      **MR. McKNETT:**  She thought he was worthy to come home

8  and meet the family?

9      **ALLAN DAUGHTRY:**  Well, the first one I ever met.

10      **MR. McKNETT:**  And have you developed a relationship

11  with him since then?

12      **ALLAN DAUGHTRY:**  Yes, I have.

13      **MR. McKNETT:**  Have you known him to be a working man

14  as well?

15      **ALLAN DAUGHTRY:**  Yes, very hardworking.

16      **MR. McKNETT:**  Excuse me?

17      **ALLAN DAUGHTRY:**  Very hardworking.

18      **MR. McKNETT:**  Does he treat your daughter well?

19      **ALLAN DAUGHTRY:**  Very well.

20      **MR. McKNETT:**  How about your granddaughter?

21      **ALLAN DAUGHTRY:**  Very well.

22      **MR. McKNETT:**  What would you like to tell the Court

23  about Mr. Thomas?

24      **ALLAN DAUGHTRY:**  Well, I would like to say -- as far

25  as the point of my daughter, I love my daughter with all my

1  heart, and that's -- and I will be more than happy to see her

2  and Mr. Thomas when I walk down the aisle and give her away to

3  him, because the kind of guy he is.  Very respectful.  Very

4  good guy.  Not a bad guy at all, believe me.  I wouldn't be

5  standing here saying that if it wasn't true.

6          **MR. McKNETT:**  I have nothing further, Your Honor.

7          **THE COURT:**  All right.  Thank you, sir.  Appreciate

8  it.

9          **ALLAN DAUGHTRY:**  Thank you.

10          **MR. McKNETT:**  Miss, would you step up, please.

11          **TOYANNA EARL:**  Good morning, Your Honor.

12          **THE COURT:**  Good morning.

13          **MR. McKNETT:**  Can you state your name please.

14          **TOYANNA EARL:**  Toyanna Earl, T-O-Y-A-N-N-A, E-A-R-L.

15          **MR. McKNETT:**  And you are Mr. Thomas's mother;

16  correct?

17          **TOYANNA EARL:**  I am Omari A. Thomas's mother.

18          **MR. McKNETT:**  What kind of a son has Mr. Thomas been?

19          **TOYANNA EARL:**  Mr. Thomas, my son, has been a son.

20  He's been rambunctious, and I get in his butt, and that's why

21  he's so respectful.  I taught him right from wrong.  I kept him

22  around positive people, coaches, going to church.  Not all the

23  time.  His brothers.  Any time I had a problem, he had a uncle

24  there, a brother there, a coach that made a difference helping

25  me to raise him.

1          **MR. McKNETT:**  What kind of a student was he?

2          **TOYANNA EARL:**  He was very good in school.  Very

3    smart.  He was like the goof-off 'cause he's goofy, like to

4    laugh, play jokes, but that's what children do.

5          **MR. McKNETT:**  Kind of a typical teenaged son?

6          **TOYANNA EARL:**  Yes.

7          **MR. McKNETT:**  Did he date in high school?

8          **TOYANNA EARL:**  No.  As far as just had a date for prom

9    and he went to junior and senior prom.

10         **MR. McKNETT:**  Did he work?

11         **TOYANNA EARL:**  Yes, he's -- his first job was at

12   Giants.

13         **MR. McKNETT:**  How old was he then?

14         **TOYANNA EARL:**  About -- about 18.

15         **MR. McKNETT:**  Was he still in high school?

16         **TOYANNA EARL:**  Yes.  Yeah, he worked.

17         **MR. McKNETT:**  Did he continue to stay employed?

18         **TOYANNA EARL:**  Yes.

19         **MR. McKNETT:**  How do you feel about his present

20   situation, the fact that he is now facing a jail sentence?

21         **TOYANNA EARL:**  Just terrible.  We -- my family and I

22   have never encountered anything like this because Omari never

23   been in trouble.

24         You know, when you out there trying to, you know,

25   support your daughter and your fiancée and sometime your back

1  get up against a wall and you make the wrong decisions.  And

2  this is what happens.  But he knows that I taught him right

3  from wrong.

4       **MR. McKNETT:**  When he finishes his jail sentence, will

5  he have a home to come to?

6       **TOYANNA EARL:**  Of course.  That's my son.

7       **MR. McKNETT:**  Do you expect this kind of situation

8  ever to arise again?

9       **TOYANNA EARL:**  Oh, no.  Just for the few months that

10 he has been incarcerated, he knows the difference from not

11 being able to do what he want to do and to be somewhere else

12 when somebody has to tell you what to do, when to do it.

13      **MR. McKNETT:**  Is there anything else you'd like to say

14 to the Court?

15      **TOYANNA EARL:**  I just want to say that everybody in

16 their life makes mistakes, whether they're bad or good.  And I

17 know whatever the outcome, you do have to pay for it.  But pay

18 for it in the right way, whatever the cause was.  You know,

19 nothing treacherous as this.  You know, that's all.

20      **THE COURT:**  Okay.  Thank you.

21      **TOYANNA EARL:**  Thank you.

22      **MR. McKNETT:**  Mr. Barnes.

23      Good morning.  Could you state your name, please, and

24 spell it.

25      **RONNIE BARNES:**  Ronnie Barnes, R-O-N-N-I-E,

```
 1   B-A-R-N-E-S.

 2              THE COURT:  Good morning.

 3              RONNIE BARNES:  Good morning.

 4              MR. McKNETT:  Mr. Barnes, are you employed?

 5              RONNIE BARNES:  Yes, I'm employed by the -- I work for

 6   the Department of Defense.  I'm a systems engineer.

 7              MR. McKNETT:  And how long have you worked there?

 8              RONNIE BARNES:  I worked here for the past three

 9   years, but I've been in the government since 2005, starting

10   with Department of State.

11              MR. McKNETT:  Do you have a security clearance?

12              RONNIE BARNES:  Yes; top secret.

13              MR. McKNETT:  I understand you're also a football

14   coach?

15              RONNIE BARNES:  Yes, sir.

16              MR. McKNETT:  What team is that?

17              RONNIE BARNES:  My team is the Rattlers.  We play in a

18   21-and-older football league.

19              MR. McKNETT:  I understand some of your team members

20   are here?

21              RONNIE BARNES:  Yes.

22              MR. McKNETT:  Could you have them stand up, please.

23              Thank you.

24              THE COURT:  Thank you.

25              MR. McKNETT:  When did you first meet Mr. Thomas?
```

1  **RONNIE BARNES:**  About three or four years ago.  Some

2  of my players who I coach since they were about 6 years old

3  came out to play with me on my team.

4      A couple of guys, including my son, they're -- these

5  guys are all the same age, so they told me they had a player

6  that come up, and it was Omari.

7  **MR. McKNETT:**  What position did he play?

8  **RONNIE BARNES:**  Every position.  He played from the

9  start of the game to the end of the game, both sides of the

10  ball, offense and defense.

11  **MR. McKNETT:**  I take it he's a good player?

12  **RONNIE BARNES:**  Yes, very good player.

13  **MR. McKNETT:**  Did you ever have any problems with him

14  as a team member?

15  **RONNIE BARNES:**  No.  Just laughing too much, 'cause I

16  get a little serious.  So he was always -- always the life of

17  the team.

18      Like, if you -- if somebody made a bad play, he would

19  just make a joke about it.  It was never anything serious like

20  wanting to fight, you know.  They had to calm me down from

21  getting ejected a couple games, stuff like that.  So he was a

22  great teammate.

23  **MR. McKNETT:**  Sounds like he was something of the star

24  of the team; sometimes that goes to a player's head.  Was that

25  a problem with Mr. Thomas?

1          **RONNIE BARNES:**  We had a lot of -- all of them guys

2     are going to say they're stars, so . . .

3          **MR. McKNETT:**  I'm sure they all are.

4          **RONNIE BARNES:**  Yeah.

5          **MR. McKNETT:**  I didn't mean to pick him out.

6     Particularly sometimes being good goes to a person's head.

7          **RONNIE BARNES:**  Yes.  Yeah.  Absolutely.  They all --

8     like I said, they all very good athletes, very respectable.

9     And, you know, they all know me.  Like, these guys are all the

10    same age as my son, so . . .

11         **MR. McKNETT:**  Is your son on the team?

12         **RONNIE BARNES:**  Yes; and he'll say he's a star too, so

13    you got -- you got a whole team of stars.

14         But, again, like, my son started playing football with

15    six -- with a couple guys here.  I didn't know Omari then.

16         But they all know that they're all welcome in my

17    house.  We have meetings at the house, you know, and I talk to

18    them just like they're all my sons.  They're all the same age.

19    You know, I talked to them about my life experiences and stuff

20    that I've been through and try to help them.

21         I'm working with one of the teammates now to try to

22    get him a job with me at DoD.  So it's not just like he plays

23    on my team.  To me, like, he's a part of my family.  He can

24    call me at any time, like he did today, and I took off work to

25    come here.

1        Like, I'm supposed to be at the Pentagon, and

2   hopefully I can -- I'll make it through traffic, but any of

3   these guys can call me for anything that they need and I'll

4   talk to 'em just like they're my own sons.

5        So, you know, this whole situation is just

6   unfortunate.  You know, and, like, if he needed somewhere to

7   go, he can come stay with me.  You know, like, if he --

8   anything that he needed or any of these guys needed, they more

9   than welcome to get it from me if I can give it to 'em.

10        **MR. McKNETT:**  Thank you, Coach.

11        **RONNIE BARNES:**  Yes, sir.

12        **THE COURT:**  Thank you, Mr. Barnes.

13        **RONNIE BARNES:**  Thank you.

14        **THE COURT:**  Appreciate it.

15        **MR. McKNETT:**  Damon Thomas.

16        **DAMON THOMAS:**  My name is Damon Thomas, D-A-M-O-N,

17   T-H-O-M-A-S.

18        **THE COURT:**  Good morning.

19        **MR. McKNETT:**  Mr. Thomas, how do you know

20   Omari Thomas?

21        **DAMON THOMAS:**  That's my brother.  I'm his oldest

22   brother.

23        **MR. McKNETT:**  And how old are you?

24        **DAMON THOMAS:**  41.

25        **MR. McKNETT:**  So you've known him all his life?

38

1        **DAMON THOMAS:**  Yes.

2        **MR. McKNETT:**  What kind of brother was he?

3        **DAMON THOMAS:**  Typical little brother.  Actually, he

4    was a good brother because the one above him was the actual

5    terror, but we have a lot of -- you know, it's some space

6    between us, so it was nothing with him, basically, coming up.

7        **MR. McKNETT:**  What would you like to tell the Court

8    about Mr. Thomas?

9        **DAMON THOMAS:**  Pretty much he made a mistake and

10   life's already kind of kicking him and paying him back for it.

11   I honestly think he learned his lesson when he first was

12   detained before he came home on the home monitor.

13        But you under -- I do understand that the system has

14   to do what it does.  But we've just had to bury my father on

15   Friday.  He wasn't there for that, for none of the farewell

16   services.  So he's already been penalized.  Life is already

17   punishing him.  So he made a mistake.

18        I honestly think 12 years is extreme.  I really hope

19   that -- if I really knew that he was involved in some of the

20   things he was involved in, I might be on trial for something

21   else as opposed to him, so I can honestly say he made a

22   mistake.  If I knew he was involved in this, he wouldn't be

23   here.  And I just really wish that the Court can take leniency

24   on him.

25        **MR. McKNETT:**  Thank you, Mr. Thomas.

1          **THE COURT:**  Thank you.

2          **MR. McKNETT:**  Mr. Barksdale.

3          **TAURUS BARKSDALE:**  Good morning, Your Honor.

4          **THE COURT:**  Good morning.

5          **TAURUS BARKSDALE:**  My name is Taurus Barksdale.

6   That's spelled T-A-U-R-U-S; Barksdale, B-A-R-K-S-D-A-L-E.

7          **THE COURT:**  Thank you.

8          **TAURUS BARKSDALE:**  Good morning.

9          **THE COURT:**  Good morning.

10         **MR. McKNETT:**  Mr. Barksdale, are you employed?

11         **TAURUS BARKSDALE:**  Yes, I'm employed at

12   Weller Development, a real estate development company, as a

13   paralegal.

14         **MR. McKNETT:**  And you have plans for your future

15   education?

16         **TAURUS BARKSDALE:**  Yeah.  My future plans -- well,

17   2019, I plan to return to law school.  I did a year of law

18   school at Widener University, Delaware Law School, came back

19   home to Baltimore for personal responsibilities.  But my goal

20   is to become an attorney.

21         **MR. McKNETT:**  When did you first meet

22   Mr. Omari Thomas?

23         **TAURUS BARKSDALE:**  I met Omari in high school, so I've

24   known him over ten years.  I grew up with his older brother, so

25   I've known him my whole life.

1    **MR. McKNETT:**  Was he a good friend or is he a good

2  friend?

3    **TAURUS BARKSDALE:**  Omari, he's a great friend, a great

4  person.  Never known him to be in trouble.

5    **MR. McKNETT:**  Until now.

6    **TAURUS BARKSDALE:**  Until now.

7    **MR. McKNETT:**  What did you guys do when you were

8  friends in high school?

9    **TAURUS BARKSDALE:**  When we were friends in high

10  school, we played football together, you know, we did things

11  friends do in high school.

12    I mean, we -- a lot of memories.  We played football

13  all the way through high school together.  I'm not sure if he

14  played lacrosse, but I think so.

15    **MR. McKNETT:**  Did Mr. Thomas ever get in trouble while

16  he was in high school?

17    **TAURUS BARKSDALE:**  Not -- no, no trouble.  We always

18  probably would get in trouble with our coach, you know, doing

19  things we shouldn't probably in the hallway or something; but,

20  no, he was never a troublemaker in high school.  He's never

21  been a troublemaker that I've known.

22    **MR. McKNETT:**  How often were you -- did you see

23  Mr. Thomas before he was arrested?

24    **TAURUS BARKSDALE:**  Well, I was away in school for

25  about five years, so I didn't see him in between the time from

1    we graduated high school until probably last year sometime.  We

2    would see each other in the gym, so we would have conversations

3    in the gym.

4        So I did see him probably, what was that, 2017,

5    probably -- a little bit of 2016, but not as much.  But I did

6    see him after we graduated high school or see him around, but

7    mostly probably in the gym.

8        **MR. McKNETT:**  What would you like to tell the Court

9    about Mr. Thomas?

10       **TAURUS BARKSDALE:**  Basically, you know, what everybody

11   said.  He really is a good person.  He's not a troublemaker.

12   I've never known him to be in trouble.  I remember his mom --

13   his mom just say he worked at Giants.  That really brought a

14   memory back to my head 'cause I remember back in high school,

15   we just would go up there just for a good laugh if he was at

16   work.

17       So ever since I've known him, he's always had a job,

18   stable job.  He got a beautiful daughter.  He took care of his

19   family.  And I've never known him to be a bad person.

20       And something I would also like to say, I know he

21   definitely learned from this.  He's not a threat to society.

22   And I know if he get back into society, he's going to be a

23   successful person.

24       **THE COURT:**  Thank you.

25       **TAURUS BARKSDALE:**  That's all I have to say.

1            **MR. McKNETT:**  Thank you.

2            **THE COURT:**  Thank you, sir.

3            **TAURUS BARKSDALE:**  Thank you, Your Honor.

4            **RASHAD BROOKS:**  How you doing, Your Honor?

5            **THE COURT:**  I'm fine, thanks.  How are you?

6            **RASHAD BROOKS:**  My name is Rashad Brooks, R-A-S-H-A-D,

7    B-R-O-O-K-S.

8            **MR. McKNETT:**  Good morning, Mr. Brooks.

9            Do you work?

10            **RASHAD BROOKS:**  Yes, sir.  I'm employed by W.B. Mason.

11            **MR. McKNETT:**  And what is that?

12            **RASHAD BROOKS:**  It's like a office supplies company

13    that -- we deliver.  It's like a Staples.

14            **MR. McKNETT:**  How did you first meet Mr. Thomas?

15            **RASHAD BROOKS:**  I met Mr. Thomas about two years ago

16    playing football.  I'm actually speaking on behalf of the

17    Baltimore Cobras.  It's a new league coming up around between

18    Baltimore, New Jersey, and Pennsylvania.  It's a seven-on-seven

19    league.

20            **MR. McKNETT:**  And how long have you been involved in

21    that organization?

22            **RASHAD BROOKS:**  Since about 2014, yes.

23            **MR. McKNETT:**  And is that where you met Mr. Thomas?

24            **RASHAD BROOKS:**  Yes, sir.

25            **MR. McKNETT:**  How did that come about?

1    **RASHAD BROOKS:**  Well, it actually was a funny

2    situation, because the Cobras, we had a game where it was a

3    tough game, we fell out, and the head coach for the team had

4    actually brought on a lot of new people to definitely help

5    piece back together the team.

6    And Omari was definitely one of those people that

7    actually came in and wanted to fight for a spot.  It wasn't a

8    "I want this given to me.  I want to play for this.  I want to

9    do that."  He actually came in and wanted to earn a spot on the

10   team.

11   **MR. McKNETT:**  And did he?

12   **RASHAD BROOKS:**  Most definitely.  Offense, defense,

13   wherever you needed him, he was definitely there.

14   But outside of being an amazing player, he also had a

15   great personality.  A leader, a leader stature at the most.

16   Whether we losing, winning, goofing around, he always was

17   there.  He goof around with us.

18   But when it was time to get serious, he definitely was

19   a person to rally the troops to get us together and get us on

20   the right path.

21   **MR. McKNETT:**  Is there anything else you would like to

22   tell the Court?

23   **RASHAD BROOKS:**  Yes, sir.

24   Outside of being a football player, just me as being a

25   parent, I know you do anything you got to do for the mother and

1   your child and your child in general.

2        I believe life is full of mistakes, but it's how you

3   learn from those mistakes.  And once you realize that you are

4   making a mistake, where do you go from there?

5        I believe, just from hearing out the Court case today,

6   that, I mean, of course, whether it's a long or short period of

7   time what he was involved in, he definitely understood what he

8   was doing was wrong and he definitely understood that from

9   there he had to do what he had to do to get back on the right

10  path.

11        I heard for a brief moment that he got his CDL during

12  that time of what was going on.  I mean, that's definitely a

13  way to keep on the right path.  Just from my short amount of

14  time of knowing him, he's a great friend.  I would definitely

15  consider him a brother to me, because just outside of football,

16  like, he'll definitely talk to you about personal problems,

17  whether he has 'em, whether you have 'em, he's always there for

18  you.

19        It sucks to -- for the situation that he's in now, but

20  I definitely feel like he knows that a mistake was made and he

21  knows that from here on out, there's no more mistakes.  You

22  can't make the same mistake twice, because once you make the

23  same mistake twice, that's intentional.  Mistakes are made to

24  learn from, and I feel like he definitely has done that just

25  from his few months of being incarcerated up until now.  He

1    still checks on the team.  That's his number one priority,

2    because at the end of the day, he still looks at it as this is

3    a team, this is a family, other than just a team.

4            We all love him, all care about him, all want to make

5    sure he okay.  It's just crazy, I mean, the situation he in,

6    but it only makes the love stronger for him and the support

7    system stronger for him.

8            A lot of us couldn't be here today.  Either we're

9    stuck at work, traffic, family issues.  But for the people that

10   are here, we definitely do support him.  And once he get out,

11   whenever he does get out, we'll still be right here having his

12   back a hundred percent.

13           But that's all.  And thank you.

14           **THE COURT:**  Okay.  Thank you.

15           **MR. McKNETT:**  Thank you.

16           **THE COURT:**  Thank you.

17           **AURIEL DAUGHTRY:**  Good morning.

18           **THE COURT:**  Good morning.

19           **AURIEL DAUGHTRY:**  My name is Auriel Daughtry,

20   A-U-R-I-E-L, D-A-U-G-H-T-R-Y.

21           **THE COURT:**  Good morning.

22           **AURIEL DAUGHTRY:**  Good morning.

23           **MR. McKNETT:**  Ms. Daughtry, when did you first meet

24   Mr. Thomas?

25           **AURIEL DAUGHTRY:**  In 2010.

1        **MR. McKNETT:**  How did that come about?

2        **AURIEL DAUGHTRY:**  He worked at Giants Food Market, and

3   me and a couple friends were up there, and he saw me and we

4   connected.  And we connected again through a mutual friend.

5        **MR. McKNETT:**  So you've been together since 2010?

6        **AURIEL DAUGHTRY:**  Yeah.

7        **MR. McKNETT:**  How is the relationship going?

8        **AURIEL DAUGHTRY:**  Good.  We definitely grown up

9   together.  I met him when I was 17, so I'm about to be 25 years

10  old now.  So we've grown together, like, you know, kind of like

11  friends and, you know, relationship.

12       **MR. McKNETT:**  When did you become a couple?

13       **AURIEL DAUGHTRY:**  October the 13th, 2010.

14       **MR. McKNETT:**  What happened?  Why does that date stick

15  in your mind?

16       **AURIEL DAUGHTRY:**  It's our date.  We know it like the

17  back of our hand.  It's our date, you know.

18       **MR. McKNETT:**  And you've been living together since

19  when?

20       **AURIEL DAUGHTRY:**  Two thousand and, I believe,

21  thirteen, 2013.

22       **MR. McKNETT:**  And you have a daughter who's here with

23  you today?

24       **AURIEL DAUGHTRY:**  Yes; her name is M.T.

25       **MR. McKNETT:**  How has Mr. Thomas been as your partner?

1    **AURIEL DAUGHTRY:**  Mr. Thomas has always been

2    supportive.  He's been very hardworking.  Ever since I known

3    him, he has a job, or if he didn't have a job, he would be

4    looking for a new job.  I've helped him fill out job

5    applications.  We've helped each other.

6          He's never missed a doctor's appointment for our

7    daughter.  He takes her to school every day.  We were sharing a

8    car.  We didn't have two cars, so he would drive me to work

9    where I need to go, took my daughter, and then, you know, come

10   pick us up, go to work himself.  He's like the power drive of

11   our circle, so he really is like Superman in our family.

12         **MR. McKNETT:**  And how is he as a father?

13         **AURIEL DAUGHTRY:**  He's a great father.  Him and my

14   daughter have, like, a bond, a very strong bond.  I would say

15   stronger than mine because she -- every time something happens,

16   she says, you know, "I'm going to go to daddy."  He -- that's

17   their relationship they have.  And they're both, like, silly.

18   So they have a very strong connection.

19         **MR. McKNETT:**  Is there anything else you'd like to

20   tell the Court?

21         **AURIEL DAUGHTRY:**  Yes.  I just wanted to say, you

22   know, Omari always -- he -- his number one thing is family.  He

23   always tried to protect us and support us, and I do believe

24   that probably contributed to his mistake he made.

25         He's not a bad person.  He's a good person.  It's been

1  times when I may have been doing bad or not working to my full

2  potential, and he would push me harder.

3          We struggle.  We lived in three apartments together.

4  When they were -- when he was arrested, we had almost no

5  furniture in our apartment because we were struggling.  We were

6  both working.  He worked at Kohl's and Nabisco when he was

7  arrested.  He was not involved in any criminal activity at all.

8          So it wasn't -- and he didn't even know of any

9  investigation.  He already had changed his life before we had

10  any knowledge of, you know, this investigation.

11          And I do believe Omari will never make this mistake

12  again.  I talk to him every day on the phone.  We pray

13  together.  He's -- he knows what he did was wrong, and he's

14  ready to move forward.  He's ready to, you know, keep going.

15          He has a CDL.  We have big goals and big dreams as a

16  family together.

17          And I believe today, if he's given a chance, that he

18  will keep moving forward and he won't look back.

19          And I just -- I know that Omari knows that, you know,

20  this will never happen again in his life.  Our daughter and me,

21  we're so strong, tight together.

22          If he ever falls off track, I'll be there to push him.

23  Our family is there to push him.  He's a good person.

24  Everybody loves him.

25          And I just think, you know, the picture that's being

1    painted of him by people that don't know him is just that.   We

2    know him.   We know who he truly is, and he made a mistake.

3           And I know for a fact that if he's given the

4    opportunity to move forward that he will make a great impact on

5    our lives and his own life.

6           **THE COURT:**  Thank you.

7           **MR. McKNETT:**  Thank you.

8           May I have just a moment, Your Honor?

9           **THE COURT:**  Sure.

10           **MR. McKNETT:**  Thank you, Your Honor.   We have one more

11   person, Your Honor.

12           **THE COURT:**  All right.

13           **ERIC SPENCE:**  Good morning, Your Honor.

14           **THE COURT:**  Good morning.

15           **ERIC SPENCE:**  My name is Eric, E-R-I-C; last name

16   Spence, S-P-E-N-C-E.

17           **MR. McKNETT:**  Good morning, Mr. Spence.

18           What's your relationship to Mr. Thomas?

19           **ERIC SPENCE:**  I'm an older brother of Omari.   Me and

20   Omari -- you heard my mom speak.   We were raised together,

21   probably spent the most time with him than anybody other than

22   his mom.

23           **MR. McKNETT:**  Are you a working man?

24           **ERIC SPENCE:**  Yes, sir.

25           **MR. McKNETT:**  Where do you work?

1    **ERIC SPENCE:**  I live in Central Virginia, so I'm in

2    health and fitness.  I've been running my own successful

3    personal training business for the last ten years.  I also

4    teach and coach at a franchise studio gym, so health and

5    fitness throughout my whole community is what I do.

6    **MR. McKNETT:**  What do you want the Court to know about

7    Mr. Thomas?

8    **ERIC SPENCE:**  Well, this -- it's so many things that

9    can take all day, Your Honor, and I'm not going to do that.

10   But I just want you to know he's a very hardworking

11   person.  You hear from everybody that spoke here.  The thing

12   that kept resonating was hard work, hard work, hard work.  He

13   just made a mistake.

14   I guess I kind of -- I want to start from the

15   beginning to try to spin this thing around.

16   The whole thing was built off conspiracy, and I know

17   he's been tried and all that sort of thing.

18   But when I think of conspiracy, I think of a big drug

19   organization and things of that sort.  And my brother, knowing

20   my brother, he's -- that's not him.

21   Also, when I think about that, I think about he would

22   have tons of money somewhere, talking about all this grams and

23   all this stuff.  And you're doing a good job, counsel, I will

24   say that.  But I think he would have had a paid lawyer if he's

25   in a conspiracy.

1    He was staying at home.  We're putting money on his

2    books.  We giving him money.  This was somebody who ran into a

3    hard time in life and he sought out to a friend to make some

4    quick money, and then he figured out that was not the right

5    thing to do, so he immediately got out of it before his family,

6    you know, found out.

7    I think about my life and, like I said, I spent a lot

8    of time with him.  And, you know, one of the reasons, like I

9    said, I helped practically raise him.

10    And I played football growing up.  I was a real good

11    football player.  That's what allowed me to go to college and

12    graduate and, you know, do the things that I'm doing now.

13    And he kind of took in that -- in that step.  He

14    wanted to play football.  And he pretend [sic] to do well in

15    it.  And as you hear his coach and his players are here because

16    that's something that he wanted to do.

17    And sometimes I think about, you know, what if I

18    didn't move to Virginia?  What if he could have came with me?

19    Because he followed in my footsteps.  I never been in trouble.

20    He never been in trouble growing up, because my mom would not

21    allow that.

22    Before I kill him, my mom probably would kill us if

23    either of us would get in trouble; that's how we were raised.

24    My mom worked hard.  So that's kind of all -- all we know.

25    And so, you know, I think about -- and thanks for

1    everybody showing up.  I have a 12-year-old son and I have a

2    9-year-old daughter, and I think about my daughter, and you

3    would want the best man for your daughter.

4        And I think anybody in this courtroom can agree to --

5    that no man would come up here like Mr. Daughtry did and speak

6    to a man that is involved with his daughter if it wasn't a

7    hundred percent true.  I know I wouldn't show up to a

8    courthouse if he wasn't what Mr. Daughtry said he was.

9        And that goes to show a testament to him, because he

10   trusts Omari with his daughter, and that should resonate, you

11   know, throughout -- throughout this court.

12       I also think about the sentencing that the prosecution

13   is looking at, and I hear that 144 months, that is 12 years.

14   That's 12 years out of the prime of his life.  He will be 38

15   when he gets out.  That's the prime of his life pretty much

16   gone.

17       I -- I think about my life and -- and like his child

18   right now is 3, 4 years old, and my son, when I was going

19   through hardships around about 26, I was going through

20   hardships, I took a different path, but I think about that.

21   What if I was in Baltimore?  What if I was around family

22   members or friends that was into things that shouldn't be

23   right?  What -- what would I have done?

24       Now, obviously, I took -- I took a different path, but

25   I was able to build myself through that and be out in the

1   community for the last years, the prime of my life.

2          I think that 12 years will be too much.  That's --

3   again, he'll be 38.  His daughter will be 16.  He will miss out

4   on so much.  And, again, he hasn't been -- this is his first

5   offense.

6          Now, Your Honor, if this is his second or third

7   offense, I couldn't come up here and look at you or to speak to

8   the Court with a straight face, 'cause it wouldn't be true, but

9   Omari's never been in trouble.

10          You know, so I'm -- I'm begging you, Your Honor, can

11   we please look at somewhere near about three years or so, what

12   you would recommended?  I still think that's a lot, but I

13   understand, he understand that was something wrong as well.

14          But I just want to know -- the Court to know my

15   brother, as you hear, he's a good person.  He's a silly person.

16   You know, he's good around people, and we don't need to -- we

17   don't need to take him away from society in the prime of his

18   life.

19          Thank you.

20          **MR. McKNETT:**  Thank you.

21          **THE COURT:**  Thank you.  Thank you, Mr. Spence.

22          **MR. McKNETT:**  There's no one else, Your Honor.

23          **THE COURT:**  All right.  Then let me turn to

24   Mr. Thomas.

25          Mr. Thomas, if there's anything you'd like to say

 1    before I make a final decision --

 2              **THE DEFENDANT:**  Yes.

 3              **THE COURT:**  -- you have the right to do that.

 4              You don't have to, but you have the right to speak if

 5    you want to.

 6              **THE DEFENDANT:**  First, I want to say I apologize to my

 7    family and my friends putting myself in this situation.  This

 8    isn't me.  And I know I've made a mistake and I know I'm

 9    accepting the consequences, and I apologize, especially to my

10    daughter, 'cause it just doesn't feel right being away from

11    family.  And I know what I've done is wrong and it was a

12    mistake.

13              I'm a hardworking person.  Whatever thing -- whatever

14    I put my mind to, I do it.  I just love to be around my family.

15              If I could go back in time and take away the

16    situation, I would have did it differently.  I would have.

17              But, unfortunately, I did what I've done, and I

18    apologize for that.

19              I just ask that -- that something gives for me.  I

20    just feel like everything just been crumbling for me.  Feel

21    like I just couldn't win and I still strive.

22              Recently I lost my father when I was in here, and it

23    just, like, took away everything from me.  Just didn't, like,

24    feel right.  Make me feel funny.  Didn't really know how to

25    feel.  And that just make me -- make it -- make it -- make me

1    feel more bad towards my family that I'm not in my child's life

2    right now.  Even though I'm only away for a few months, it

3    doesn't feel right.  Even when my daughter walked in here and I

4    looked back there, she didn't even recognize me, and it made me

5    feel some type of way.

6           I just -- at the end of the day, I just apologize for

7    what I've done.  I just ask that you be lenient towards me,

8    Judge.  That's all.

9           **THE COURT:**  Okay.  All right.  Thank you, Mr. Thomas.

10          Anything else anybody wants to say --

11          **MR. WISE:**  No, Your Honor.

12          **THE COURT:**  -- at this point?

13          Okay.  All right.  I'm going to take just another

14   ten-minute recess.  I'll be right back.

15      (11:06 a.m.)

16      (Recess taken.)

17      (11:23 a.m.)

18          **THE COURT:**  You can be seated, please.

19          Well, thank you, all.

20          Obviously, sentencing is a very difficult process for

21   everyone involved, and I appreciate everything everyone's had

22   to say and the arguments of counsel, and, of course, the

23   presentation from Mr. Thomas's friends and family.

24          First, let me tell you where I'm coming out on the

25   guidelines, because there were various issues.

1          As far as quantity, I think that I will agree with the

2     Government that the quantity proved at trial is over a kilo.

3     There were over 1200 grams, which I think the evidence did show

4     Mr. Thomas was involved in distributing personally to

5     customers.

6          It's not even necessary to get to this; but, frankly,

7     it's likely that some additional quantity would be foreseeable

8     to him.  I think he knew he was not the only person involved in

9     this.

10         So I do think that an offense level of 30 is the

11    correct place to start.

12         Now, I am going to deny the Government's request for

13    an increase of two for maintaining premises.  I think that's a

14    close question, but it is something the Government has the

15    burden on.

16         There is certainly evidence that Mr. Thomas conducted

17    transactions at or inside, at least inside the door of these

18    two locations.  At least one of them he controlled as -- to the

19    extent that it was his residence.

20         I'm not clear that it has been proved that a second

21    primary purpose of either of these places was for drugs.

22         I think in other cases there was more evidence

23    concerning the finding of drugs and money and packaging and so

24    forth actually stored in the apartments or that these were used

25    for really more of a sustained period of time than I've heard

1    in the evidence.

2         Again, the Fourth Circuit doesn't have a published

3    opinion.  There are three unpublished opinions I've looked at,

4    which is U.S. versus Christian at 544 Fed Appendix 188 and

5    United States versus Clark, which is 665 Fed Appendix 298, and

6    United States versus Messer, 655 Fed Appendix 956.  As I've

7    said, it's close, but I'm just not persuaded on that.

8         And I am going to deny the requested three-level

9    increase for Mr. Thomas being a manager or a supervisor.  I'm

10   more clear on that.  I think there's very little evidence that

11   he controlled any other people, that he managed anything other

12   than the phone.

13        Now, that's not to say that he didn't have an

14   important role in the conspiracy, but that's not how I read the

15   law on this.  And the cases there I would be citing are

16   United States versus Slade at 631 F.3d 185,

17   United States versus Sayles at 296 F.3d 219, and

18   United States versus Cameron, that's 573 F.3d 179.  So I'm

19   going to deny that enhancement.

20        Now, I'm also going to deny -- there's a request for a

21   two-level downward adjustment for acceptance of responsibility.

22        Mr. Thomas went to trial, which is certainly his

23   right.  I think he essentially denied that he was part of this

24   conspiracy which the jury did find, and I agreed with them,

25   beyond a reasonable doubt.

1          But, again, I don't think there's sufficient evidence

2    that Mr. Thomas has admitted or offered to admit to the full

3    scope of what was proved against him at trial in terms of the

4    conspiracy.

5          Recognizing that the guidelines are only one factor, I

6    do think that an offense level of 30, a criminal history

7    category of I, that's a range of 97 to 121 months, is the

8    correct guideline range.

9          Now, that's only one factor, as I've said.  There are

10   a lot of other factors to look at under 3553(a).

11         First of all, this is a very serious crime.  We saw

12   that with the testimony at trial, very powerful testimony from

13   customers.

14         And, of course, it's always the case, whether the

15   customers testify or not, that you keep in mind that this

16   dealing, this drug dealing heroin, destroys other people's

17   lives and other people's families.

18         And, of course, the people here today, and it's very

19   impressive, were here to speak for Mr. Thomas, as they should;

20   but I also cannot forget the testimony about the lives, again,

21   and people's families that were very much hurt by Mr. Thomas's

22   actions.

23         Now, I do think he was the least culpable of those

24   that I saw on trial.  I certainly appreciate that.  But he

25   still was involved in a large quantity for at least a

1 substantial part of 2016.  It wasn't a one-time thing.  And

2 long enough to distribute over a thousand grams of heroin.  He

3 did agree to hold Mr. Shropshire's phone and serve a lot of

4 customers.

5 　　　　So there is a great need to recognize the seriousness

6 of the offense and what we need to do to try to stop this from

7 really hurting people in our city and state.

8 　　　　On the other hand, Mr. Thomas has no criminal history.

9 By all accounts, he's been a very hardworking person, has not

10 been in trouble before this.

11 　　　　He has -- and I'm sure he is grateful for it -- a lot

12 of family support, a lot of friends that support him.

13 　　　　I see that during his time on release, he did not have

14 any drug issues.  He did, as was noted, get his CDL license.

15 He's young.  He certainly has the opportunity to get his life

16 back on the right track.

17 　　　　So we have a first offense, but we have a very serious

18 offense.

19 　　　　So let me also state, however, that the sentence I'm

20 about to announce would be the same even if I am wrong on my

21 guidelines calculations, either way around.

22 　　　　I think the Government's recommendation is much too

23 high.

24 　　　　But I cannot agree with Mr. McKnett, despite his

25 excellent advocacy, that it should be as low as he recommends

1  either.

2                    Conference at the bench.

3      (It is the policy of this court that every guilty plea and

4  sentencing proceeding include a bench conference concerning

5  whether the defendant is or is not cooperating.)

6      **THE COURT:**  Mr. Thomas, in light of all these factors,

7  the sentence that I think is reasonable is a sentence of six

8  years, which is 72 months in the custody of the Bureau of

9  Prisons.

10          That is going to be followed by a period of four years

11  of supervised release.  That's going to be very important for

12  you.

13          I'm going to recommend, for special conditions of

14  supervised release, that you participate in any substance abuse

15  or alcohol abuse program the probation officer recommends, as

16  well as any vocational or educational programs they recommend.

17  Although it's clear you already have shown that you do have the

18  ability to work in a legal way.

19          But those conditions will be there just in case they

20  are helpful.

21          Your financial circumstances don't permit a fine.

22  There's not going to be a fine.

23          There is a required $100 special assessment that I'm

24  going to impose.

25          And, Mr. McKnett, we didn't discuss this, but is there

1  any specific recommendation to the Bureau of Prisons that you

2  would want?

3      **MR. McKNETT:**  I'd ask the recommendation to be to

4  Fort Dix, Your Honor.  I would ask for a recommendation for the

5  RDAP program.

6      **THE COURT:**  Okay.  And I'll be happy to do that.  I'll

7  recommend that Mr. Thomas participate in any drug

8  program/substance abuse program that he's eligible for, which

9  could include RDAP.  That's up to, of course, the Bureau of

10  Prisons and Mr. Thomas.

11      Anything else?  Anything I have left out?  Anything I

12  have not addressed in that sentence?

13      **MR. WISE:**  Not from the United States, Your Honor.

14  Thank you.

15      **MR. McKNETT:**  Nothing, Your Honor.

16      **THE COURT:**  All right.  Thank you, all.

17      **THE CLERK:**  Mr. Wise, the count.

18      **MR. WISE:**  Oh.  Your Honor, we would dismiss the

19  second superseding indictment.

20      **THE COURT:**  Thank you.

21      I'm sorry, I think I did not mention, but Mr. Thomas

22  clearly has appeal rights.

23      Mr. McKnett, you'll discuss that with him.

24      **MR. McKNETT:**  Yes.

25      **THE COURT:**  And, Mr. Thomas, if you wish to file an

1    appeal, that needs to be within 14 days.

2           Do you understand that?

3           **THE DEFENDANT:**  Yes.

4           **THE COURT:**  Okay.

5           **MR. McKNETT:**  Thank you, Your Honor.

6           **MR. WISE:**  Thank you, Your Honor.

7        (Court adjourned at 11:33 a.m.)

8        I, Douglas J. Zweizig, RDR, CRR, do hereby certify that

9    the foregoing is a correct transcript from the stenographic

10   record of proceedings in the above-entitled matter.

11

12                        _____/s/_____

13                        Douglas J. Zweizig, RDR, CRR
                          Registered Diplomate Reporter
14                        Certified Realtime Reporter
                          Federal Official Court Reporter
15                         DATE:  September 12, 2018

16

17

18

19

20

21

22

23

24

25

**$**

$100 [1]   60/23

**'**

'cause [5]   32/3 35/15 41/14
 53/8 54/10
'em [4]   37/4 37/9 44/17 44/17

**/**

/s [1]   62/12

**0**

051 [1]   1/4

**1**

1,252 [4]   15/6 20/15 20/18
 20/24
1,252 grams [2]   13/24 19/6
1,252-gram [1]   14/4
101 [1]   1/24
10:19 a.m [1]   28/17
10:30 a.m [1]   28/19
11:06 a.m [1]   55/15
11:23 a.m [1]   55/17
11:33 a.m [1]   62/7
12 [9]   20/23 26/6 26/18 27/25
 38/18 52/13 52/14 53/2 62/15
12-year-old [1]   52/1
1200 grams [1]   56/3
121 [3]   25/7 25/16 58/7
13th [1]   46/13
14 [6]   13/20 14/5 14/10 23/16
 24/9 62/1
144 [2]   24/6 52/13
14A [3]   6/14 6/15 6/20
15 [1]   1/8
151 [1]   25/7
15A [1]   6/17
16 [1]   53/3
16B [3]   5/19 5/22 5/23
17 [1]   46/9
17-plus kilograms [1]   14/1
179 [1]   57/18
18 [1]   32/14
185 [1]   57/16
188 [1]   57/4
1987 [1]   29/15
1D [1]   15/16
1st [4]   15/22 16/9 18/1 19/3

**2**

2005 [1]   34/9
2010 [3]   45/25 46/5 46/13
2013 [1]   46/21
2014 [4]   9/20 9/24 17/22 42/22
2015 [2]   9/20 9/24
2016 [11]   6/15 10/15 10/8 10/13
 15/22 17/22 17/23 20/21 26/23
 41/5 59/1
2017 [1]   41/4
2018 [2]   1/8 62/15
2019 [1]   39/17
21-and-older [1]   34/18
21201 [1]   1/25
219 [1]   57/17
25 [1]   46/9
250 grams [2]   19/9 19/10
26 [1]   52/19
28 [2]   5/4 14/2
296 F.3d 219 [1]   57/17
298 [1]   57/5

**3**

30 [7]   14/3 19/7 25/4 25/7
 25/15 56/10 58/6
34 [1]   4/20
3553 [2]   23/11 58/10
38 [2]   52/14 53/3
3C [1]   5/15

**4**

4 grams [2]   18/19 20/23
41 [1]   37/24
4th [1]   1/24

**5**

5 grams [1]   20/21
500 grams [1]   19/25
503 grams [2]   15/16 20/8
544 [1]   57/4
573 F.3d 179 [1]   57/18

**6**

631 F.3d 185 [1]   57/16
655 Fed Appendix 956 [1]   57/6
665 Fed Appendix 298 [1]   57/5

**7**

700 [4]   5/4 19/15 19/23 20/15
700 grams [1]   5/5
72 [1]   60/8
78 [1]   5/6
7D [1]   1/9

**9**

9-year-old [1]   52/2
956 [1]   57/6
97 [3]   5/7 25/16 58/7
9:27 a.m [1]   2/2

**A**

A-L-L-A-N [1]   29/7
A-U-R-I-E-L [1]   45/20
a.m [6]   2/2 28/17 28/19 55/15
 55/17 62/7
abilities [1]   11/16
ability [1]   60/18
able [5]   9/21 10/10 13/13 33/11
 52/25
about [57]   3/21 4/22 5/2 7/8
 9/12 10/16 10/21 11/7 16/1
 18/17 19/9 19/10 19/11 20/1
 21/4 21/10 23/16 24/3 24/4 26/6
 28/23 30/2 30/4 30/20 30/23
 32/14 32/14 32/19 35/1 35/2
 35/19 36/19 38/8 40/25 41/9
 42/15 42/22 42/25 44/16 45/4
 46/1 46/9 50/6 50/21 50/21
 50/22 51/7 51/17 51/25 52/2
 52/12 52/17 52/19 52/20 53/11
 58/20 59/20
above [2]   38/4 62/10
above-entitled [1]   62/10
absent [1]   16/23
Absolutely [1]   36/7
abuse [3]   60/14 60/15 61/8
acceptance [1]   57/21
accepting [2]   24/7 54/9
accounts [1]   59/9
actions [1]   58/22
active [1]   11/18
activities [1]   11/25
activity [2]   26/22 48/7

actual [1]   38/4
actually [76]   7/16 8/20 9/4
 12/22 13/13 17/14 19/13 19/23
 20/20 20/23 38/3 42/16 43/1
 43/4 43/7 43/9 56/24
add [1]   14/9
addicted [1]   21/7
addiction [2]   9/22 21/13
addicts [3]   18/11 18/21 21/3
addition [2]   8/6 14/13
additional [3]   20/4 27/19 56/7
additions [1]   3/24
address [5]   5/10 5/13 5/14 6/6
 17/14
addressed [1]   61/12
addressing [1]   22/3
adjourned [1]   62/7
adjustment [1]   57/21
admit [1]   58/2
admitted [2]   18/17 58/2
adopt [1]   3/4
advocacy [1]   59/25
affect [1]   25/17
affirmative [1]   22/21
after [17]   12/18 13/5 17/7 18/1
 18/2 18/3 18/3 18/5 18/8 18/24
 19/4 21/5 21/9 21/20 26/22
 27/20 41/6
again [2]   12/12 27/1 33/8
 36/14 46/4 48/12 48/20 53/3
 53/4 57/2 58/1 58/20
against [2]   33/1 58/3
age [3]   35/5 36/10 36/18
Agent [4]   14/12 14/18 19/21
 19/25
ago [2]   30/3 35/1 42/15
agree [8]   15/12 24/13 25/13
 25/15 52/4 56/1 59/3 59/24
agreed [2]   57/24
aid [1]   6/20
air [1]   10/20
aisle [1]   31/2
Alameda [1]   8/15
alcohol [1]   60/15
all [65]
Allan [1]   29/6
Allan Daughtry [1]   29/6
allow [1]   51/21
allowed [1]   51/11
almost [1]   48/4
alone [1]   13/21
along [3]   3/11 6/19 8/15
already [5]   38/10 38/16 38/16
 48/9 60/17
also [18]   1/19 4/22 6/7 6/7
 6/10 13/14 21/17 22/17 24/25
 34/13 41/20 43/14 50/3 50/21
 52/12 57/20 58/20 59/19
alternative [1]   7/15
although [2]   10/4 60/17
always [10]   35/16 35/16 40/17
 41/17 43/16 44/17 47/1 47/22
 47/23 58/14
am [7]   5/8 23/2 29/11 31/17
 56/12 57/8 59/20
amazing [1]   43/14
AMERICA [2]   1/3 2/7
among [2]   11/6 25/10
amount [3]   19/9 19/17 44/13
amounts [2]   14/15 20/2
announce [1]   59/20
another [3]   12/3 12/20 55/13

## A

answered [2]   16/3 16/10
any [33]   2/23 3/7 3/24 7/2
 15/17 15/18 16/15 16/19 16/20
 16/24 17/1 17/9 17/11 17/20
 17/23 19/23 22/17 22/21 27/17
 31/23 35/13 36/24 37/2 37/8
 48/7 48/8 48/10 57/11 59/14
 60/14 60/16 61/1 61/7
anybody [4]   17/13 49/21 52/4
 55/10
anyone [4]   15/19 15/19 21/18
 22/6
anything [17]   7/3 26/5 27/24
 32/22 33/13 35/19 37/3 37/8
 43/21 43/25 47/19 53/25 55/10
 57/11 61/11 61/11 61/11
apartment [5]   7/6 17/14 17/15
 17/17 48/5
apartments [3]   7/4 48/3 56/24
apologize [5]   16/13 54/6 54/9
 54/18 55/6
apparently [1]   8/3
appeal [2]   61/22 62/1
appearance [1]   15/22
appearing [1]   2/9
appears [1]   5/6
Appendix [3]   57/4 57/5 57/6
applications [1]   47/5
apply [1]   25/20
applying [1]   12/14
appointment [1]   47/6
appreciate [4]   31/7 37/14 55/21
 58/24
approached [1]   13/7
appropriate [11]   6/23 14/3 24/3
 24/4 25/5 25/8 25/21 26/4 26/6
 28/1 28/2
appropriately [1]   9/4
approximately [1]   13/23
arbitrary [1]   20/16
are [40]   4/9 4/22 5/19 5/23
 7/23 9/6 18/4 18/5 18/21 19/17
 23/19 24/21 24/25 25/5 25/8
 26/16 28/4 28/22 29/13 29/17
 31/15 34/4 34/20 35/5 36/2 36/3
 36/9 37/23 39/10 42/5 44/3
 44/23 45/10 49/23 51/15 57/3
 57/15 58/5 58/9 60/20
area [1]   13/3
argue [1]   5/3
argued [1]   25/8
argument [4]   19/5 19/8 23/5
 24/8
arguments [1]   55/22
arise [1]   33/8
around [12]   11/22 31/22 41/6
 42/17 43/16 43/17 50/15 52/19
 52/21 53/16 54/14 59/21
arranged [1]   10/24
arrested [6]   7/17 11/5 27/21
 40/23 48/4 48/7
arresting [1]   11/23
arrests [2]   21/21 21/22
as [72]
aside [1]   3/24
ask [5]   24/12 54/19 55/7 61/3
 61/4
asked [2]   3/18 25/2
assessment [1]   60/23
asset [4]   11/9 12/1 13/12 22/23

assets [1]   12/9
athletes [1]   36/8
attorney [1]   39/20
Attorneys [1]   1/16
attributable [1]   19/17
attributed [1]   15/8
Auriel [1]   45/19
Auriel Daughtry [1]   45/19
Auriel's [1]   29/11
authority [1]   16/20
average [1]   19/9
avoiding [1]   24/25
aware [1]   3/21
awareness [1]   7/16
away [7]   31/2 40/24 53/17 54/10
 54/15 54/23 55/2

## B

B-A-R-K-S-D-A-L-E [1]   39/6
B-A-R-N-E-S [1]   34/1
B-R-O-O-K-S [1]   42/7
back [25]   11/6 16/4 16/9 19/1
 21/20 21/21 21/24 22/3 22/19
 25/25 32/25 38/10 39/18 41/14
 41/14 41/22 43/5 44/9 45/12
 46/17 48/18 54/15 55/4 55/14
 59/16
bad [7]   31/4 33/16 35/18 41/19
 47/25 48/1 55/1
ball [1]   35/10
Baltimore [7]   1/9 1/25 10/23
 39/19 42/17 42/18 52/21
Baltimore Cobras [1]   42/17
Baltimore County [1]   10/23
Barksdale [4]   39/2 39/5 39/6
 39/10
Barnes [4]   33/22 33/25 34/4
 37/12
base [5]   11/17 14/2 14/3 25/4
 25/7
based [7]   10/18 13/20 14/3 14/8
 23/19 24/9 25/3
basically [1]   8/3 38/6 41/10
basis [2]   20/16 21/14
be [72]
beautiful [1]   41/18
became [1]   23/24
because [19]   3/12 14/24 18/5
 22/18 28/10 31/3 32/22 38/4
 43/2 44/15 44/22 45/2 47/15
 48/5 51/15 51/19 51/20 52/9
 55/25
become [2]   39/20 46/12
been [36]   13/8 17/4 17/16 22/23
 23/14 24/19 24/23 25/6 29/15
 31/18 31/19 31/20 32/23 33/10
 34/9 36/20 38/16 40/21 42/20
 46/5 46/18 46/25 47/1 47/2
 47/25 48/1 50/2 50/17 51/19
 51/20 53/4 53/9 54/20 56/20
 59/9 59/10
before [17]   1/11 2/22 3/23 15/5
 17/23 18/25 19/1 25/23 27/20
 27/24 38/12 40/23 48/9 51/5
 51/22 54/1 59/10
began [2]   9/17 18/1
begging [1]   53/10
beginning [1]   50/15
behalf [4]   2/16 3/3 3/6 42/16
behind [1]   17/17
being [14]   4/23 7/3 7/17 13/13

16/22 33/11 36/6 43/14 43/24
 53/12 54/8 54/25 54/10 57/9
believe [16]   4/19 5/23 9/3 14/2
 18/14 22/15 25/20 25/21 29/21
 31/4 44/2 44/5 46/20 47/23
 48/11 48/17
bench [2]   60/2 60/4
benefit [1]   19/13
benefits [1]   21/11
best [1]   52/3
between [4]   5/5 38/6 40/25
 42/17
beyond [1]   57/25
big [3]   48/15 48/15 50/18
bit [1]   41/5
BLAKE [1]   1/11
blurry [1]   16/12
bond [2]   47/14 47/14
books [1]   51/2
born [1]   17/8
both [6]   8/12 8/24 23/23 35/9
 47/17 48/6
bought [2]   5/18 20/20
break [1]   28/15
brief [2]   28/8 44/11
Brill [2]   12/6 20/20
bring [1]   24/14
broke [1]   27/6
Brooks [2]   42/6 42/8
brother [12]   31/24 37/21 37/22
 38/2 38/3 38/4 39/24 44/15
 49/19 50/19 50/20 53/15
brothers [1]   31/23
brought [3]   27/8 41/13 43/4
build [1]   52/25
building [2]   17/15 17/18
built [1]   50/16
burden [1]   56/15
Bureau [3]   60/8 61/1 61/9
bury [1]   38/14
business [3]   8/17 11/2 50/3
butt [1]   31/20
buy [6]   6/15 6/17 6/21 10/5
 10/8 18/13 21/5 21/15 21/15
buying [4]   5/19 15/3 15/4 18/15
buys [3]   6/12 6/15 6/19

## C

calculated [2]   20/19 25/20
calculation [2]   15/13 25/4
calculations [2]   3/22 59/21
calibrate [1]   25/23
call [9]   2/5 15/19 15/23 16/2
 16/8 23/22 28/5 36/24 37/3
called [1]   12/6
calling [1]   28/24
calls [8]   10/10 14/13 16/5
 16/11 18/5 20/2 20/6 24/10
calm [1]   35/20
came [10]   10/22 13/4 14/4 19/23
 35/3 38/12 39/18 43/7 43/9
 51/18
Cameron [1]   57/18
Campbell [3]   3/3 11/4 13/6
can [21]   5/10 5/11 9/1 12/10
 13/17 17/25 18/24 28/8 28/20
 31/13 36/23 37/2 37/3 37/7 37/9
 38/21 38/23 50/9 52/4 53/10
 55/18
can't [3]   14/16 20/12 44/22
cannot [2]   58/20 59/24
car [2]   13/5 47/8

Case 1:16-cr-00051-SAB Document 273 Filed 09/19/18 Page 66 of 76

**C**

care [2]   41/18 45/4
carried [1]   17/4
cars [2]   11/22 47/8
case [15]   1/4 2/5 2/7 4/24 7/23
 8/5 8/24 23/12 23/22 24/13
 24/20 27/24 44/5 58/14 60/19
cases [7]   7/24 12/12 12/13
 17/16 23/19 56/22 57/15
category [4]   5/6 24/22 25/16
 58/7
Category I [2]   24/22 25/16
CATHERINE [1]   1/11
cause [1]   33/18
CCB [2]   1/4 2/8
CCB-16-051 [1]   1/4
CDL [3]   44/11 48/15 59/14
Central [1]   50/1
Central Virginia [1]   50/1
certain [1]   3/2
certainly [9]   7/5 7/9 9/1 13/3
 14/24 56/16 57/22 58/24 59/15
Certified [1]   62/14
certify [1]   62/8
challenge [1]   4/6
chance [2]   4/5 48/17
changed [2]   17/22 48/9
charged [1]   12/21
chart [1]   14/7
checks [1]   45/1
child [5]   17/7 17/7 44/1 44/1
 52/17
child's [1]   55/1
children [1]   32/4
choose [2]   12/3 12/4
chose [1]   12/5
Christian [1]   57/4
church [1]   31/22
circle [1]   47/11
Circuit [5]   7/23 8/5 12/12
 12/13 57/2
circumstances [2]   23/21 60/21
citing [1]   57/15
city [4]   8/16 21/14 23/25 59/7
Clark [1]   57/5
cleaning [1]   21/12
clear [18]   3/1 3/8 7/24 12/23
 16/10 16/21 18/9 18/22 19/19
 20/9 21/4 21/10 21/19 22/19
 23/24 56/20 57/10 60/17
clearance [1]   34/11
clearly [4]   13/11 18/25 20/4
 61/22
client [1]   27/20
close [2]   56/14 57/7
closed [1]   17/15
closest [1]   13/7
closing [1]   20/19
co [2]   3/2 25/10
co-defendants [2]   3/2 25/10
coach [8]   31/24 34/14 35/2
 37/10 40/18 43/3 50/4 51/15
coaches [2]   27/10 31/22
Cobras [2]   42/17 43/2
coincidentally [1]   12/6
college [3]   9/18 9/20 51/11
come [13]   25/23 29/1 30/4 30/7
 33/5 35/6 36/25 37/7 42/25 46/1
 47/9 52/5 53/7
coming [7]   5/24 6/1 21/14 28/10
 38/6 42/17 55/24

commenting [1]   11/22
common [1]   7/10
communities [1]   24/1
community [3]   23/25 50/5 53/1
company [2]   39/12 42/12
compared [2]   12/9 12/15
completely [2]   16/23 21/10
component [1]   20/24
concerned [1]   17/10
concerning [4]   6/7 23/21 56/23
 60/4
conditions [2]   60/13 60/19
conduct [4]   5/13 7/6 13/14 24/7
conducted [3]   12/22 17/17 56/16
conducting [1]   8/17
conference [2]   60/2 60/4
connect [1]   10/3
connected [3]   11/13 46/4 46/4
connection [1]   47/18
consequences [1]   54/9
conservative [4]   14/11 15/6
 15/6 21/2
consider [2]   23/7 44/15
considered [1]   19/6
Considering [1]   23/11
consistency's [1]   25/10
conspiracies [1]   24/19
conspiracy [25]   3/17 4/19 9/23
 11/8 12/3 12/5 12/11 12/21
 12/22 12/24 13/22 15/9 15/25
 16/16 17/21 22/21 23/9 24/16
 24/18 50/16 50/18 50/25 57/14
 57/24 58/4
construction [1]   29/15
continue [1]   32/17
continued [2]   9/18 9/21
contrary [1]   17/5
contributed [1]   47/24
control [1]   17/19
controlled [12]   6/12 6/15 6/15
 6/17 6/19 6/21 8/4 10/5 10/8
 11/19 56/18 57/11
controlled buy [5]   6/15 6/17
 6/21 10/5 10/8
controlled buys [3]   6/12 6/15
 6/19
controlled purchase [1]   11/19
controlling [1]   17/12
conversations [1]   41/2
conviction [1]   3/13
cooperating [1]   60/5
corners [2]   8/15 10/20
Corporal [2]   1/21 2/10
Corporal David McDougall [1]
 1/21
correct [6]   22/10 29/22 31/16
 56/11 58/8 62/9
corrections [1]   3/25
correctly [1]   8/14
corroborates [1]   14/24
could [8]   15/7 17/3 28/6 33/23
 34/22 51/18 54/15 61/9
couldn't [3]   45/8 53/7 54/21
counsel [2]   55/25 55/22
count [2]   3/13 61/17
Count 1 [1]   3/13
counted [1]   13/13
County [4]   1/21 2/11 10/22
 10/23
couple [5]   35/4 35/21 36/15
 46/3 46/12

course [10]   2/20 14/9 22/13
 35/22 58/14
cover [1]   58/18 61/9
court [25]   1/1 1/24 9/1 13/25
 24/5 25/21 25/25 28/3 28/4
 28/23 30/22 33/14 38/7 38/23
 41/8 43/22 44/5 47/20 50/6
 52/11 53/8 53/14 60/3 62/7
 62/14
Court's [1]   15/12
courthouse [1]   52/8
courtroom [4]   1/9 23/16 27/2
 52/4
courtroom's [1]   26/15
cover [1]   11/24
crazy [1]   45/5
crime [1]   58/11
criminal [8]   1/4 2/8 5/5 24/22
 25/15 48/7 58/6 59/8
Criminal No. 16-051-CCB [1]   2/8
crisis [1]   26/25
cross [1]   9/3
cross-examination [1]   9/3
CRR [3]   1/23 62/8 62/13
crumbling [1]   54/20
crystal [1]   21/4
crystal-clear [1]   21/4
culpable [1]   58/23
custody [1]   60/8
customer [5]   11/17 13/12 14/5
 17/5 17/23
customer base [1]   11/17
customers [24]   5/16 6/8 7/6 7/8
 8/2 8/7 8/16 9/15 10/3 10/22
 12/17 13/4 13/20 13/23 14/10
 14/25 15/1 23/23 24/10 24/14
 56/5 58/13 58/15 59/4

**D**

D-A-M-O-N [1]   37/16
D-A-U-G-H-T-R-Y [2]   29/7 45/20
D. [1]   1/18
daddy [1]   47/16
daily [3]   15/3 15/4 21/14
damaged [1]   27/6
Damon [2]   37/15 37/16
Damon Thomas [2]   37/15 37/16
date [11]   9/13 15/25 16/2 17/23
 18/5 32/7 32/8 46/14 46/16
 46/17 62/15
dates [2]   18/9 18/12
dating [1]   30/6
daughter [19]   30/5 30/18 30/25
 30/25 32/25 41/18 46/22 47/7
 47/9 47/14 48/20 52/2 52/2 52/3
 52/6 52/10 53/3 54/10 55/3
Daughtry [10]   17/7 29/1 29/6
 29/9 29/20 29/24 45/19 45/23
 52/5 52/8
David [2]   1/21 2/10
David McDougall [1]   2/10
day [8]   18/15 18/18 21/5 45/2
 47/7 48/12 50/9 55/6
days [2]   18/19 62/1
dealing [2]   58/16 58/16
dealt [1]   2/23
death [1]   21/11
decision [3]   25/22 27/7 54/1
decisions [1]   33/1
defeat [2]   22/22
defendant [10]   1/6 1/17 6/4
 14/10 15/4 15/4 25/12 25/13

**D**

defendant... [2]  25/14 60/5
defendant's [1]  24/8
defendants [2]  3/2 25/10
defense [3]  34/6 35/10 43/12
definitely [15]  41/21 43/4 43/6
 43/12 43/13 43/18 44/7 44/8
 44/12 44/14 44/16 44/20 44/24
 45/10 46/8
Delaware [1]  39/18
deliver [1]  42/13
demonstrably [1]  20/5
demonstrate [1]  5/12
demonstrates [2]  11/15 13/11
denied [2]  22/2 57/23
Department [2]  34/6 34/10
Derek [2]  1/16 2/9
Derek E. Hines [1]  1/16
Derek Hines [1]  2/9
described [1]  10/20
despite [1]  59/24
destroyed [1]  22/18
destroying [1]  22/22
destroys [1]  58/16
destruction [3]  26/18 26/19
 26/19
detained [1]  38/12
detection [1]  9/2
developed [1]  30/10
development [2]  39/12 39/12
diaries [2]  18/11 21/3
did [50]  3/19 4/6 4/11 6/16
 6/18 7/2 8/8 17/22 18/23 19/16
 20/22 22/8 23/22 24/14 25/13
 25/15 27/18 30/1 30/4 32/7
 32/10 32/17 34/25 35/7 35/13
 36/24 39/17 39/21 40/7 40/10
 40/15 40/22 41/4 41/5 42/14
 42/25 43/11 45/23 46/1 46/12
 48/13 52/5 54/16 54/17 56/3
 57/24 59/3 59/24 59/14 61/21
didn't [21]  3/7 9/4 12/3 12/4
 20/6 20/6 20/25 21/1 22/2 36/5
 36/15 40/25 47/3 47/8 48/8
 51/18 54/23 54/24 55/4 57/13
 60/25
difference [2]  31/24 33/10
different [3]  24/13 52/20 52/24
differently [2]  22/2 54/16
difficult [1]  55/20
difficulty [1]  10/14
Diplomate [1]  62/13
direct [2]  9/7 15/8
directed [2]  13/8 16/22
direction [3]  6/16 6/18 16/18
directly [1]  14/4
disappeared [1]  26/22
discuss [3]  4/5 60/25 61/23
discussed [2]  6/19 14/14
discussing [1]  10/1
dismiss [1]  61/18
disparity [1]  25/1
dispatching [1]  13/9
dispute [2]  4/7 17/19
distribute [3]  3/17 17/9 59/2
distributing [1]  56/4
distributor [1]  12/10
DISTRICT [3]  1/1 1/1 12/14
DIVISION [1]  1/2
Dix [1]  61/4

do [47]  13/15 14/21 23/11 29/9
 33/11 33/12 33/12 33/17 34/11
 37/19 38/13 38/14 40/7 40/11
 42/9 43/9 43/25 43/25 44/4 44/9
 44/9 45/10 47/23 48/11 49/25
 50/5 50/6 50/9 51/5 51/12 51/14
 51/16 54/3 54/14 56/10 58/6
 58/23 59/6 60/17 61/6 62/2 62/8
doctor's [1]  47/6
DoD [1]  36/22
does [8]  9/9 16/18 17/3 24/23
 30/18 38/14 45/11 46/14
doesn't [6]  7/22 24/15 24/17
 54/10 55/3 57/2
doing [6]  40/18 42/4 44/8 48/1
 50/23 51/12
don't [21]  12/8 15/17 16/17
 18/7 18/11 18/12 18/12 18/21
 21/3 22/2 23/14 23/20 23/20
 26/7 29/1 49/1 53/16 53/17 54/4
 58/1 60/21
done [5]  44/24 52/23 54/11
 54/17 55/7
door [2]  17/17 56/17
doubt [2]  19/13 57/25
Douglas [1]  1/23 62/8 62/13
down [4]  18/12 22/18 31/2 35/20
downward [1]  57/21
dramatic [1]  27/21
dreams [1]  48/15
drive [2]  47/8 47/10
driver's [1]  27/23
drug [16]  12/10 12/10 12/11
 17/3 18/11 18/21 23/19 24/15
 24/18 24/18 27/15 27/17 50/18
 58/16 59/14 61/7
drugs [1]  4/19 7/2 7/5 11/21
 17/1 17/2 17/9 18/13 19/17
 56/21 56/23
Dunaway [4]  6/9 6/11 8/11 21/8
during [3]  21/6 44/11 59/13

**E**

E-A-R-L [1]  31/14
E-R-I-C [1]  49/15
E. [1]  1/16
each [2]  41/2 47/5
Earl [1]  31/14
earlier [1]  13/6
earliest [1]  9/14
early [1]  16/2
earn [1]  43/9
easiest [1]  5/11
education [1]  39/15
educational [1]  60/16
Edwards [3]  14/12 14/18 19/25
Edwards' [1]  19/21
effectively [1]  15/24
either [6]  12/20 45/8 51/23
 56/21 59/21 60/17
ejected [1]  35/21
eligible [1]  61/8
else [16]  4/9 4/10 8/4 15/19
 15/19 21/18 22/6 25/5 33/11
 33/13 38/21 43/21 47/19 53/22
 55/10 61/11
employed [8]  24/23 29/15 32/17
 34/4 34/5 39/10 39/11 42/10
encountered [1]  32/22
end [11]  16/1 18/2 18/9 18/24
 19/4 20/22 21/1 21/1 35/9 45/2

55/6
ends [1]  22/22
enforcement [9]  6/16 6/18 6/20
 6/24 7/15 7/16 10/10 11/3 11/20
engaged [1]  9/10
engineer [1]  34/6
engineering [1]  9/17
enhancement [6]  6/23 10/1 10/15
 12/14 57/19
enhancements [7]  5/1 22/14 25/5
 25/7 25/14 25/20 25/25
enlarge [1]  14/17
enough [1]  59/2
entered [1]  17/14
entirely [1]  20/16
entitled [1]  62/10
entrance [1]  17/15
entrusted [1]  22/24
Eric [1]  49/15
especially [1]  54/9
Esquire [3]  1/15 1/16 1/18
essentially [2]  11/17 57/23
established [1]  6/23
estate [1]  39/12
estimate [5]  15/2 15/6 20/22
 20/22 20/25
evading [1]  9/2
even [11]  9/6 10/14 15/8 24/7
 48/8 55/2 55/3 55/4 56/6 59/20
ever [5]  15/18 30/9 33/8 35/13
 40/15 41/17 47/2 48/22
every [11]  16/8 18/15 18/18
 18/18 21/5 24/15 35/8 47/7
 47/15 48/12 60/3
everybody [6]  5/3 33/15 41/10
 48/24 50/11 52/1
everybody's [1]  4/15
everyone [2]  2/3 55/21
everyone's [1]  55/21
everything [3]  54/20 54/23
 55/21
evidence [35]  7/1 7/2 7/11 7/13
 7/17 7/25 9/9 12/24 15/18 16/1
 16/10 16/23 17/5 17/11 17/13
 17/18 17/19 18/1 18/4 19/24
 20/15 21/17 21/19 22/6 22/15
 22/17 22/20 24/9 24/10 56/3
 56/16 56/22 57/1 57/10 58/1
examination [1]  9/3
example [1]  20/17
excellent [1]  59/25
excuse [2]  27/17 30/16
exhibit [4]  5/15 6/14 6/20 20/8
Exhibit 14A [2]  6/14 6/20
Exhibit 3C [1]  5/15
exhibits [1]  5/12
expect [1]  33/7
expenses [1]  7/12
experience [1]  26/14
experiences [1]  36/19
explained [1]  20/19
extent [2]  26/12 56/19
extrapolate [1]  20/12
extreme [1]  38/18
extremely [1]  14/11

**F**

F.3d [3]  57/16 57/17 57/18
face [1]  53/8
faced [1]  26/25
facing [1]  32/20

**F**

fact [9]  11/3 14/25 15/13 15/17
 17/2 21/10 24/21 32/20 49/3
factor [2]  58/5 58/9
factors [3]  23/11 58/10 60/6
facts [2]  4/7 4/18
failed [1]  27/1
faith [1]  26/3
fall [1]  16/2
falls [1]  48/22
families [2]  58/17 58/21
family [18]  30/8 32/21 36/23
 41/19 45/3 45/9 47/11 47/22
 48/16 48/23 51/5 52/21 54/7
 54/11 54/14 55/1 55/23 59/12
family's [1]  26/20
far [7]  16/17 16/25 17/10 17/21
 30/24 32/8 56/1
farewell [1]  38/15
father [5]  29/12 38/14 47/12
 47/13 54/22
February [10]  1/8 6/15 6/19
 10/4 10/8 10/12 15/22 16/9 18/1
 19/3
February 1st [4]  15/22 16/9
 18/1 19/3
February 2016 [1]  10/8
Fed [3]  57/4 57/5 57/6
Fed Appendix 188 [1]  57/4
Federal [2]  1/24 62/14
feel [13]  25/5 32/19 44/20
 44/24 54/10 54/20 54/20 54/24
 54/24 54/25 55/1 55/3 55/5
fell [1]  43/3
few [4]  27/11 33/9 44/25 55/2
fiancée [2]  29/11 32/25
fight [2]  35/20 43/7
figure [2]  15/7 24/23
figured [1]  51/4
file [1]  61/25
filed [1]  3/2
fill [1]  47/4
filling [1]  12/25
final [1]  54/1
financial [1]  60/21
find [3]  3/18 14/1 57/24
finding [1]  56/23
fine [6]  26/6 28/5 28/25 42/5
 60/21 60/22
finishes [1]  33/4
first [21]  5/10 9/12 15/21
 16/25 17/11 18/15 21/8 22/5
 30/1 30/9 32/11 34/25 38/11
 39/21 42/14 45/23 53/4 54/6
 55/24 58/11 59/17
fitness [2]  50/2 50/5
fits [1]  8/4
five [2]  8/25 40/25
Floor [1]  1/24
focus [1]  9/25
followed [2]  51/19 60/10
following [2]  4/17 23/3
Food [1]  46/2
football [11]  34/13 34/18 36/14
 40/10 40/12 42/16 43/24 44/15
 51/10 51/11 51/14
footsteps [1]  51/19
foregoing [1]  62/9
foreseeable [3]  14/2 15/9 56/7
forget [2]  3/13 58/20
Fort [1]  61/4

Fort Dix [1]  61/4

forward [3]  48/14 48/18 49/4
found [3]  14/15 26/12 51/6
four [4]  18/19 19/11 35/1 60/6
Fourth [5]  7/23 8/5 12/12 12/13
 57/2
Fourth Circuit [5]  7/23 8/5
 12/12 12/13 57/2
franchise [1]  50/4
frankly [3]  11/9 15/5 56/6
frequently [2]  7/19 24/14
Friday [1]  38/15
friend [6]  40/1 40/2 40/3 44/14
 46/4 51/3
friends [10]  27/10 40/8 40/9
 40/11 46/3 46/11 52/22 54/7
 55/23 59/12
full [6]  26/12 26/15 27/2 44/2
 48/1 58/2
Fullerton [3]  6/9 6/11 8/11
functioning [1]  12/5
funny [2]  43/1 54/24
furniture [1]  48/5
further [1]  31/6
future [3]  26/16 39/14 39/16

**G**

game [4]  35/9 35/9 43/2 43/3
games [1]  35/21
gave [5]  15/2 16/14 20/25 22/6
 22/19
general [2]  3/4 44/1
geographic [2]  10/19 13/3
get [27]  2/22 3/10 3/23 9/21
 18/22 23/13 24/21 27/18 28/8
 31/20 33/1 35/16 36/22 37/9
 40/15 40/18 41/22 43/18 43/19
 43/19 44/9 45/10 45/11 51/23
 56/6 59/14 59/15
gets [1]  52/15
getting [1]  35/21
Giants [3]  32/12 41/13 46/2
Gina [1]  1/20
Gina Swillo [1]  1/20
girlfriend [1]  6/4
give [6]  23/14 26/2 27/14 27/19
 31/2 37/9
given [4]  19/12 43/8 48/17 49/3
gives [1]  54/19
giving [2]  24/21 51/2
go [12]  9/22 13/9 22/2 23/5
 37/7 41/15 44/4 47/9 47/10
 47/16 51/11 54/15
goal [1]  39/19
goals [1]  48/15
goes [3]  35/24 36/6 52/9
going [28]  3/11 4/15 5/20 5/25
 9/25 23/10 27/16 27/21 31/22
 36/2 41/22 44/12 46/7 47/16
 48/14 50/9 52/18 52/19 55/13
 56/12 57/8 57/19 57/20 60/10
 60/11 60/13 60/22 60/24
gone [1]  52/16
good [44]  2/3 2/14 2/15 26/3
 27/3 29/3 29/4 31/4 31/11 31/12
 32/2 33/16 33/23 34/2 34/3
 35/11 35/12 36/6 36/8 37/18
 38/4 39/3 39/4 39/8 39/9 40/1
 40/1 41/11 41/15 42/8 45/17
 45/18 45/21 45/22 46/8 47/25
 48/23 49/13 49/14 49/17 50/23

51/10 53/15 53/16
goof [2]  32/3 43/17
goof-off [1]  32/3
goofing [1]  43/16
goofy [1]  32/3
got [10]  7/24 26/11 27/22 27/22
 36/13 36/13 41/18 43/25 44/11
 51/5
government [9]  3/24 4/24 5/1
 5/9 19/16 23/10 34/9 56/2 56/14
Government's [6]  4/18 15/16
 18/10 26/10 56/12 59/22
graduate [1]  51/12
graduated [2]  41/1 41/6
gram [1]  14/4
grams [17]  3/19 5/5 13/24 15/16
 18/19 19/6 19/9 19/10 19/11
 19/15 19/25 20/8 20/21 20/23
 50/22 56/3 59/2
granddaughter [1]  30/20
grateful [1]  59/11
great [9]  26/24 35/22 40/3 40/3
 43/15 44/14 47/13 49/4 59/5
grew [1]  39/24
growing [2]  51/10 51/20
grown [2]  46/8 46/10
guess [1]  50/14
guideline [5]  3/11 3/21 5/6
 25/3 58/8
guidelines [8]  3/24 4/8 4/16
 5/3 25/16 55/25 58/5 59/21
guilty [2]  26/12 60/3
gun [1]  27/23
guns [1]  7/3
guy [2]  31/3 31/4 31/4
guys [8]  35/4 35/5 36/1 36/9
 36/15 37/3 37/8 40/7
gym [4]  41/2 41/3 41/7 50/4

**H**

had [32]  4/4 7/12 8/9 11/21
 11/25 13/8 14/10 17/11 21/5
 22/23 24/9 24/10 24/16 27/20
 31/23 31/23 32/8 35/5 35/20
 36/1 38/14 41/17 43/2 43/3
 43/14 44/9 44/9 48/4 48/9 48/9
 50/24 55/21
half [2]  20/6 30/2
hallway [2]  17/17 40/19
hand [5]  9/5 9/5 25/14 46/17
 59/8
hand-to-hand [1]  9/5
happen [2]  27/1 48/20
happened [1]  46/14
happens [2]  33/2 47/15
happy [3]  4/23 31/1 61/6
hard [14]  14/20 50/12 50/12
 50/12 51/3 51/24
harder [1]  48/2
hardships [2]  52/19 52/20
hardworking [7]  26/25 30/15
 30/17 47/2 50/10 54/13 59/9
Harford [3]  1/21 2/11 10/22
Harford County [3]  1/21 2/11
 10/22
Harry [1]  1/18 2/16
Harry D. McKnett [1]  1/18
Harry McKnett [1]  2/16
has [22]  4/4 24/23 26/24 31/18
 31/19 33/10 33/12 38/13 44/17
 44/24 46/25 47/1 47/3 48/15

Case 1:16-cr-00051-SAB Document 416 Filed 09/19/18 Page 68 of 76

**H**

has... [8]  56/14 56/20 58/2
 59/8 59/9 59/11 59/15 61/22
hasn't [1]  53/4
hat [1]  6/1
have [77]
having [4]  16/14 23/24 27/7
 45/11
he [223]
he'll [3]  36/12 44/16 53/3
he's [43]  26/24 26/25 27/7
 27/13 31/20 31/21 32/3 32/11
 35/11 36/12 36/23 38/16 40/3
 40/20 41/11 41/17 41/21 41/22
 44/14 44/17 44/19 47/2 47/6
 47/10 47/13 47/25 47/25 48/13
 48/13 48/14 48/17 48/23 49/3
 50/10 50/17 50/20 50/24 53/15
 53/15 53/16 59/9 59/15 61/8
head [5]  21/24 35/24 36/6 41/14
 43/3
health [3]  21/6 50/2 50/4
hear [5]  4/23 50/11 51/15 52/13
 53/15
heard [9]  10/17 10/18 10/21
 11/7 15/3 22/1 44/11 49/20
 56/25
hearing [1]  44/5
heart [1]  31/1
heavy [1]  28/11
help [2]  36/20 43/4
helped [3]  47/4 47/5 51/9
helpful [1]  60/20
helping [1]  31/24
her [9]  18/17 20/20 20/24 21/10
 21/13 31/1 31/2 46/24 47/7
here [32]  2/11 2/16 2/17 3/12
 16/13 23/12 24/4 25/25 26/15
 26/16 27/2 28/4 29/21 31/5 34/8
 34/20 36/15 36/25 38/23 44/21
 45/8 45/10 45/11 46/22 50/11
 51/15 52/5 53/7 54/22 55/3
 58/18 58/19
hereby [1]  62/8
heroin [13]  3/18 5/18 5/21 6/5
 9/17 10/7 20/5 20/10 21/9 23/17
 24/19 58/16 59/2
heroin's [1]  23/24
high [16]  4/21 18/22 21/1 32/7
 32/15 39/23 40/8 40/9 40/11
 40/13 40/16 40/20 41/1 41/6
 41/14 59/23
higher [1]  22/13
highly [1]  11/20
Hild [2]  18/15 20/18
him [70]
himself [4]  5/25 12/25 27/22
 47/10
Hines [2]  1/16 2/9
his [58]  5/5 6/4 9/12 11/24
 15/8 15/21 16/4 19/3 19/22
 26/12 26/16 26/19 26/25 27/8
 27/9 27/10 29/11 31/20 31/23
 32/11 32/19 33/4 37/21 37/25
 38/11 39/24 41/12 41/13 41/18
 44/11 44/25 45/1 45/11 47/22
 47/24 48/9 48/20 49/5 49/22
 51/1 51/5 51/15 51/15 52/6
 52/10 52/14 52/15 52/17 53/3
 53/4 53/6 53/17 56/19 57/22
 59/13 59/14 59/15 59/24

history [5]  5/5 24/22 25/15
HMI [1]  29/14
hold [1]  59/3
holding [1]  16/18
holistically [1]  26/2
home [8]  17/6 17/7 30/7 33/5
 38/12 38/12 39/19 51/1
honestly [3]  38/11 38/18 38/21
Honor [47]  2/6 2/14 2/24 3/9
 3/15 4/1 4/6 4/12 5/10 8/6
 10/17 10/21 11/6 11/18 15/3
 15/12 19/8 19/19 22/10 23/13
 25/24 26/8 26/10 27/3 28/7
 28/21 28/22 31/6 31/11 39/3
 42/3 42/4 49/8 49/10 49/11
 49/13 50/9 53/6 53/10 53/22
 55/11 61/4 61/13 61/15 61/18
 62/5 62/6
HONORABLE [1]  1/11
hope [1]  38/18
hopefully [1]  37/2
Hopkins [2]  9/16 9/20
horrible [1]  26/21
horrified [2]  27/7 27/13
house [4]  8/21 8/22 36/17 36/17
houses [1]  21/12
how [28]  9/9 11/13 12/8 21/4
 24/23 24/25 29/9 30/4 30/20
 32/13 32/19 34/7 37/19 37/23
 40/22 42/4 42/5 42/14 42/20
 42/25 44/2 46/1 46/7 46/25
 47/12 51/23 54/24 57/14
however [2]  27/12 59/19
hundred [3]  3/18 45/12 52/7
hundreds [1]  24/10
hurt [1]  58/21
hurting [1]  59/7
husband [1]  21/10

**I**

I'd [1]  61/3
I'll [13]  2/19 4/23 14/6 14/9
 14/17 23/13 28/23 37/2 37/3
 48/22 55/14 61/6 61/6
I'm [46]  2/24 3/20 8/2 8/14
 14/17 16/12 19/15 23/10 24/20
 27/16 28/3 34/5 34/6 36/3 36/21
 37/1 37/21 39/11 40/13 42/5
 42/10 42/16 46/9 47/16 49/19
 50/1 50/9 51/12 53/10 53/10
 54/8 54/13 55/1 55/2 55/13
 55/24 56/20 57/7 57/9 57/18
 57/20 59/11 59/19 60/13 60/23
 61/21
I've [22]  3/20 4/24 7/24 27/24
 34/9 36/20 39/23 39/25 40/21
 41/12 41/17 41/19 47/4 50/2
 54/8 54/11 54/17 55/7 56/25
 57/3 57/6 58/9
identified [2]  5/25 13/21
immediately [1]  51/5
impact [3]  23/16 23/24 49/4
important [6]  11/1 11/9 12/11
 13/12 57/14 60/11
impose [1]  60/24
impressive [1]  58/19
in-laws [2]  26/16 27/9
incarcerated [2]  33/10 44/25
incarceration [1]  24/3
incidents [2]  8/9 8/10
include [2]  60/4 61/9

included [2]  14/7 20/11
including [1]  35/4
increase [2]  56/13 57/9
increased [1]  7/16
increasing [1]  11/4
indicate [1]  12/7
indicated [1]  3/20
indicates [2]  15/16 22/11
indicating [2]  26/16 29/24
indication [1]  16/13
indicative [1]  18/20
indictment [2]  3/16 61/19
individual [1]  24/17
infer [1]  9/1
inside [3]  7/3 56/17 56/17
instance [2]  11/4 11/19
instead [2]  11/25 18/19
intelligent [1]  26/24
intent [1]  3/17
intentional [1]  44/23
interacted [1]  16/15
intercept [1]  10/10
interest [2]  17/12 17/20
interim [1]  22/4
introduced [1]  30/6
investigation [2]  48/9 48/10
involved [14]  4/19 17/24 19/11
 38/19 38/20 38/22 42/20 44/7
 48/7 52/6 55/21 56/4 56/8 58/25
involvement [9]  9/13 15/8 15/21
 16/5 17/21 17/25 18/4 19/3
 26/13
involving [3]  10/7 10/11 24/19
is [131]
isn't [3]  19/23 27/17 54/8
isolated [2]  8/8 8/9
issue [3]  2/23 2/25 13/18
issues [9]  3/11 3/21 4/8 4/22
 4/25 16/12 45/9 55/25 59/14
it [95]
it's [38]  2/24 7/25 10/6 14/11
 16/1 16/25 18/20 21/19 22/7
 22/17 22/18 23/14 26/18 26/18
 26/19 27/8 27/9 27/9 27/20
 36/22 38/5 42/12 42/13 42/17
 42/18 44/2 44/6 45/5 46/16
 46/17 47/25 50/8 56/6 56/7 57/7
 58/14 58/18 60/17
its [1]  9/14
itself [2]  8/22 10/1

**J**

J. [1]  1/15
jail [2]  32/20 33/4
Janet [1]  29/20
Janet Daughtry [1]  29/20
January [2]  10/5 10/8
Jersey [1]  42/18
job [9]  32/11 36/22 41/17 41/18
 47/3 47/3 47/4 47/4 50/23
Johns [2]  9/16 9/20
Johns Hopkins [2]  9/16 9/20
joke [1]  35/19
jokes [1]  32/4
JUDGE [2]  1/11 55/8
Judges [1]  12/14
judicial [1]  26/13
junior [1]  32/9
jury [5]  3/12 3/18 10/17 23/23
 57/24
just [61]  3/8 3/23 4/3 8/2 10/6

**J**

just... [56]   12/9 14/6 14/13
 14/22 18/22 20/17 21/5 23/5
 24/7 24/8 28/6 32/8 32/21 33/9
 33/15 35/15 35/19 36/18 36/22
 37/4 37/5 38/14 38/23 41/13
 41/15 41/15 43/24 44/5 44/13
 44/15 44/24 45/3 45/5 47/21
 48/19 48/25 49/1 49/8 50/10
 50/13 53/14 54/10 54/14 54/19
 54/20 54/20 54/21 54/23 54/23
 54/25 55/6 55/6 55/7 55/13 57/7
 60/19
justice [1]   26/18

**K**

keep [8]   18/11 18/12 18/21 21/3
 44/13 48/14 48/18 58/15
keeping [1]   24/25
kept [2]   31/21 50/12
key [1]   7/12
kicking [1]   38/10
kill [2]   51/22 51/22
kilo [1]   56/2
kilograms [1]   14/1
Kim [6]   5/17 5/23 9/14 9/16
 10/6 17/22
kind [14]   5/8 14/20 22/17 31/3
 31/18 32/1 32/5 33/7 38/2 38/10
 46/10 50/14 51/13 51/24
knew [3]   38/19 38/22 56/8
know [69]
knowing [3]   27/21 44/14 50/19
knowledge [1]   48/10
known [10]   30/13 37/25 39/24
 39/25 40/4 40/21 41/12 41/17
 41/19 47/2
knows [12]   26/21 27/5 27/6 27/6
 27/8 27/18 33/2 33/10 44/20
 44/21 48/13 48/19
Kohl's [1]   48/6

**L**

lack [1]   18/3
lacrosse [1]   40/14
Lane [4]   8/3 9/15 17/10 17/20
large [1]   58/25
larger [1]   18/16
last [5]   29/7 41/1 49/15 50/3
 53/1
late [1]   28/10
latter [1]   9/23
laugh [2]   32/4 41/15
laughing [1]   35/15
law [19]   4/24 6/16 6/18 6/20
 6/24 7/15 7/16 8/5 10/10 11/3
 11/20 16/21 23/3 23/7 27/7
 39/17 39/17 39/18 57/15
law enforcement [8]   6/16 6/18
 6/20 6/24 7/15 7/16 10/10 11/3
law-enforcement-sensitive [1]
 11/20
laws [2]   26/16 27/9
lawyer [1]   50/24
leader [5]   10/3 11/5 22/15
 43/15 43/15
leader/organizer [1]   22/15
league [3]   34/18 42/17 42/19
learn [2]   44/3 44/24
learned [3]   27/1 38/11 41/21
least [10]   5/12 7/22 9/23 10/5
 15/7 19/6 56/17 56/18 58/23
 58/25
leaves [1]   18/23
left [1]   61/11
legal [1]   60/18
leniency [1]   38/23
lenient [1]   55/7
leniency [2]   19/12 21/2
Leo [2]   1/15 2/8
Leo J. Wise [1]   1/15
Leo Wise [1]   2/8
less [1]   19/14
lesson [1]   38/11
let [6]   3/23 4/15 24/12 53/23
 55/24 59/19
letting [1]   5/3
level [9]   4/20 5/4 10/15 19/7
 25/15 56/10 57/8 57/21 58/6
Level 30 [1]   19/7
license [2]   27/23 59/14
life [22]   26/19 26/20 26/25
 33/16 35/16 36/19 37/25 38/16
 39/25 44/2 48/9 48/20 49/5 51/3
 51/7 52/14 52/15 52/17 53/1
 53/18 55/1 59/15
life's [1]   38/10
light [1]   60/6
like [56]   5/9 7/3 10/19 19/20
 22/18 22/22 27/24 28/5 28/23
 30/22 30/24 32/3 32/3 32/22
 33/13 35/18 35/19 35/21 35/23
 36/8 36/9 36/14 36/18 36/22
 36/23 36/24 37/1 37/4 37/6 37/7
 38/7 41/8 41/20 42/12 42/13
 43/21 44/16 44/20 44/24 46/10
 46/10 46/16 47/10 47/11 47/14
 47/17 47/19 51/7 51/8 52/5
 52/17 53/25 54/20 54/21 54/23
 54/23
likely [1]   18/25 56/7
Lil [2]   12/6 20/20
Lil Brill [2]   12/6 20/20
little [5]   15/17 35/16 38/3
 41/5 57/10
live [1]   50/1
lived [3]   7/12 21/11 48/3
lives [6]   21/17 23/18 23/20
 49/5 58/17 58/20
living [1]   46/18
location [8]   5/18 5/20 6/3 6/6
 6/10 7/14 8/12 10/19
locations [2]   8/25 56/18
logs [1]   18/12
Lombard [1]   1/24
long [5]   9/9 34/7 42/20 44/6
 59/2
longer [1]   18/6
look [5]   26/2 48/18 53/7 53/11
 58/10
looked [5]   4/24 12/12 14/12
 55/4 57/3
looking [3]   18/22 47/4 52/13
looks [1]   45/2
loosely [1]   13/3
losing [1]   43/16
lost [2]   21/9 54/22
lot [12]   8/19 36/1 38/5 40/12
 43/4 45/8 51/7 53/12 58/10 59/3
 59/11 59/12
love [4]   30/25 45/4 45/6 54/14
loves [1]   48/24
low [3]   20/22 21/1 59/25
low-end [1]   20/22
lower-ranking [1]   12/4

**M**

M.T [1]   46/24
made [20]   16/8 19/19 20/9 21/22
 23/15 26/21 27/4 27/7 31/24
 35/18 38/9 38/17 38/21 44/20
 44/23 47/24 49/2 50/13 54/8
 55/4
maintain [2]   21/5 21/6
maintained [2]   6/3 10/25
maintaining [4]   4/22 16/25
 21/13 56/13
make [18]   7/24 16/19 28/11 33/1
 35/19 37/2 44/22 44/22 45/4
 48/11 49/4 51/3 54/1 54/24
 54/25 54/25 54/25 54/25
makes [3]   25/21 33/16 45/6
making [2]   8/2 44/4
man [8]   26/24 26/25 29/17 30/13
 49/23 52/3 52/5 52/6
manage [1]   11/8
managed [5]   6/21 16/22 57/11
management [5]   10/1 11/16 12/8
 12/15 12/16
management-role [1]   10/1
manager [5]   4/23 10/15 16/19
 22/14 57/9
manager/supervisor [1]   10/15
managerial [1]   25/13
managing [6]   12/1 12/9 12/24
 13/12 13/14 16/17
mandatory [1]   28/1
manufacture [1]   17/9
many [3]   17/16 24/22 50/8
March [1]   6/17
Market [1]   46/2
markets [1]   10/20
married [1]   29/17
MARYLAND [3]   1/1 1/9 1/25
Mason [1]   42/10
matter [1]   62/10
may [13]   3/21 16/1 17/2 18/2
 18/8 18/9 18/24 19/4 23/1 26/22
 28/23 48/1 49/8
maybe [3]   18/18 18/18 18/19
McCleary [2]   5/17 5/25
McDougall [2]   1/21 2/10
McKnett [15]   1/18 2/16 2/20 4/3
 15/11 19/20 20/13 20/18 21/3
 21/17 22/1 26/9 59/24 60/25
 61/23
me [44]   3/23 4/15 4/21 10/16
 24/12 26/6 30/6 30/16 31/4
 31/25 35/3 35/5 35/20 36/9
 36/22 36/23 36/24 37/3 37/7
 37/9 43/8 43/24 44/15 46/3 46/3
 47/8 48/2 48/20 49/19 51/11
 51/18 53/23 54/8 54/19 54/20
 54/23 54/24 54/25 54/25 55/4
 55/4 55/7 55/24 59/19
mean [17]   7/21 8/7 12/10 17/3
 19/22 21/8 22/8 24/12 24/13
 24/15 24/18 25/19 36/5 40/12
 44/6 44/12 45/5
means [2]   20/13 20/14
meant [1]   22/8
mechanical [1]   9/17
meet [6]   30/1 30/8 34/25 39/21
 42/14 45/23

Case 1:16-cr-00051-BAG Document 413 Filed 09/19/16 Page 70 of 76

# M

meetings [1]  36/17
member [7]  12/3 12/11 12/21
  12/21 15/9 16/15 35/14
members [7]  7/17 11/7 11/23
  12/24 13/22 34/19 52/22
memorandum [5]  2/21 15/15 19/10
  19/22 27/16
memories [1]  40/12
memory [2]  4/25 41/14
men [1]  5/20
mention [3]  20/6 20/11 61/21
mentioned [5]  9/14 17/23 19/9
  20/3 20/18
mentions [1]  14/20
Messer [1]  57/6
met [7]  8/18 12/20 30/9 39/23
  42/15 42/23 46/9
might [1]  38/20
mind [5]  24/25 27/25 46/15
  54/14 58/15
minds [1]  24/1
mine [1]  47/15
minimum [1]  28/1
minute [2]  28/15 55/14
minutes [1]  28/14
miss [2]  31/10 53/3
missed [1]  47/6
mistake [14]  26/21 38/9 38/17
  38/22 44/4 44/20 44/22 44/23
  47/24 48/11 49/2 50/13 54/8
  54/12
mistakes [5]  33/16 44/2 44/3
  44/21 44/23
misunderstanding [1]  19/20
model [1]  11/2
modifications [1]  3/25
mom [7]  41/12 41/13 49/20 49/22
  51/20 51/22 51/24
moment [3]  23/23 44/11 49/8
money [6]  7/3 50/22 51/1 51/2
  51/4 56/23
monitor [1]  38/12
month [1]  19/10
months [10]  5/7 19/11 24/6
  27/11 33/9 44/25 52/13 55/2
  58/7 60/8
more [16]  3/19 4/13 7/9 7/14
  8/15 10/14 24/10 24/18 31/1
  37/8 44/21 49/10 55/1 56/22
  56/25 57/10
morning [24]  2/3 2/11 2/14 2/15
  29/3 29/4 31/11 31/12 33/23
  34/2 34/3 37/18 39/3 39/4 39/8
  39/9 42/8 45/17 45/18 45/21
  45/22 49/13 49/14 49/17
most [8]  11/1 11/9 13/12 18/25
  22/23 43/12 43/15 49/21
most-important [2]  11/9 13/12
most-valuable [1]  22/23
mostly [1]  41/7
mother [4]  27/8 31/15 31/17
  43/25
motion [2]  3/4 3/7
motions [1]  3/2
move [3]  48/14 49/4 51/18
moving [1]  48/18
Mr [1]  18/25
Mr. [173]
Mr. Barksdale [2]  39/2 39/10
Mr. Barnes [3]  33/22 34/4 37/12

Mr. Brooks [1]  42/8
Mr. Daughtry [4]  29/1 29/9 52/5
  52/8
Mr. Kim [5]  5/23 9/14 9/16 10/6
  17/22
Mr. McCleary [1]  5/25
Mr. McKnett [13]  2/20 4/3 15/11
  19/20 20/13 20/18 21/3 21/17
  22/1 26/9 59/24 60/25 61/23
Mr. Omari Thomas [1]  39/22
Mr. Resh [5]  6/9 6/12 6/16 6/17
  6/21
Mr. Shropshire [17]  10/3 11/20
  12/3 12/8 12/18 13/8 16/3 16/6
  16/9 16/14 16/18 19/1 21/16
  22/3 22/9 22/11 22/16
Mr. Shropshire's [2]  11/16 59/3
Mr. Spence [2]  49/17 53/21
Mr. Thomas [96]
Mr. Thomas's [15]  3/12 6/7
  11/16 12/2 15/21 16/5 17/6
  17/21 17/25 18/4 21/23 26/19
  31/15 55/23 58/21
Mr. Waldman [2]  18/11 18/20
Mr. Wise [3]  2/5 24/12 61/17
Ms. [12]  6/9 6/9 6/11 6/11 8/11
  8/11 17/7 18/15 20/18 21/8
  29/24 45/23
Ms. Daughtry [3]  17/7 29/24
  45/23
Ms. Dunaway [4]  6/9 6/11 8/11
  21/8
Ms. Fullerton [3]  6/9 6/11 8/11
Ms. Hild [2]  18/15 20/18
much [8]  35/15 38/9 41/5 52/15
  53/2 53/4 58/21 59/22
multiple [5]  5/16 5/23 8/8
  12/17 12/19
mutual [1]  46/4
my [71]
myself [2]  52/25 54/7

# N

Nabisco [1]  48/6
name [13]  29/5 29/6 29/7 29/19
  31/13 33/23 37/16 39/5 42/6
  45/19 46/24 49/15 49/15
near [1]  53/11
necessary [1]  56/6
need [7]  14/21 37/3 47/9 53/16
  53/17 59/5 59/6
needed [4]  37/6 37/8 37/8 43/13
needs [2]  27/5 27/18 62/1
never [18]  23/20 27/1 27/20
  27/24 32/22 32/22 35/19 40/4
  40/20 40/20 41/12 41/19 47/6
  48/11 48/20 51/19 51/20 53/9
new [7]  2/23 3/3 3/7 42/17
  42/18 43/4 47/4
New Jersey [1]  42/18
no [34]  1/4 3/9 4/1 4/1 11/12
  15/25 16/12 16/13 17/5 17/11
  17/13 17/18 17/19 18/4 18/5
  18/6 21/17 21/22 22/6 22/20
  22/20 26/8 32/8 33/9 35/15
  40/17 40/17 40/20 44/21 48/4
  52/5 53/22 55/11 59/8
No. [1]  2/8
none [1]  38/15
northern [2]  1/2 8/16
not [75]

noted [1]  59/14
nothing [2]  31/6 33/19
  38/6 61/15
noticed [1]  13/4
now [20]  16/17 27/16 29/13
  32/20 36/21 40/5 40/6 44/19
  44/25 46/10 51/12 52/18 52/24
  53/6 55/2 56/12 57/13 57/20
  58/9 58/23
number [13]  3/21 14/3 14/4
  14/11 14/22 15/5 19/23 20/7
  20/15 23/14 28/22 45/1 47/22
numbers [5]  14/20 14/20 14/22
  19/16 20/11

# O

observation [1]  9/7
obviously [9]  3/12 4/4 9/25
  10/10 13/22 14/15 25/21 52/24
  55/20
occasion [1]  7/14
occasions [2]  8/8 12/19
October [1]  46/13
off [6]  21/11 25/3 32/3 36/24
  48/22 50/16
offense [14]  4/20 5/4 5/13 24/2
  25/15 35/10 43/12 53/5 53/7
  56/10 58/6 59/6 59/17 59/18
offer [1]  14/24
offered [1]  58/2
office [3]  1/21 2/11 42/12
officer [1]  1/20 60/15
officers [2]  6/20 9/4
Official [2]  1/24 62/14
often [4]  13/10 15/3 23/18
  40/22
Oh [2]  33/9 61/18
okay [22]  2/18 3/1 3/10 4/2
  4/10 4/14 8/18 8/23 9/9 13/16
  15/10 19/18 22/12 26/1 26/9
  33/20 45/5 45/14 55/9 55/13
  61/6 62/4
old [7]  32/13 35/2 37/23 46/10
  52/1 52/2 52/18
older [3]  34/18 39/24 49/19
oldest [1]  37/21
OMARI [17]  1/5 2/8 31/17 32/22
  35/6 36/15 37/20 39/22 39/23
  40/3 43/6 47/22 48/11 48/19
  49/19 49/20 52/10
OMARI THOMAS [3]  1/5 2/8 37/20
Omari's [1]  53/9
once [7]  4/13 10/11 20/23 26/11
  44/3 44/22 45/10
one [24]  5/22 6/12 6/19 7/14
  7/25 9/14 10/2 10/5 18/6 18/10
  20/17 30/9 36/21 38/4 43/6 45/1
  47/22 49/10 51/8 53/22 56/18
  58/5 58/9 59/1
one-time [1]  59/1
only [11]  13/11 14/9 17/23
  23/25 24/9 28/1 45/6 55/2 56/8
  58/5 58/9
open [2]  10/20 18/23
open-air [1]  10/20
opinion [1]  57/3
opinions [1]  57/3
opportunity [2]  49/4 59/15
opposed [3]  7/7 8/15 38/21
order [5]  12/19 13/5 13/14 28/8
  28/12
ordering [1]  20/5

Case 1:16-cr-00051-SAS Document 184 Filed 09/19/16 Page 71 of 76

## O

orders [1]   12/25
organization [11]   10/4 10/18
  11/1 11/5 11/24 14/10 21/24
  22/22 24/8 42/21 50/19
organization's [2]   7/16 10/2
organized [1]   13/3
organizer [1]   22/15
other [35]   4/8 6/6 7/8 8/16
  11/7 12/24 13/1 13/22 16/6
  16/14 16/15 16/19 16/20 17/9
  18/16 22/8 22/9 24/10 24/15
  24/18 24/23 25/1 25/10 25/14
  41/2 45/3 47/5 49/21 56/22
  57/11 57/11 58/10 58/16 58/17
  59/8
our [18]   13/1 13/25 23/25 23/25
  24/1 24/5 40/18 46/16 46/17
  46/17 47/6 47/11 47/11 48/5
  48/20 48/23 49/5 59/7
out [28]   5/24 6/1 8/18 14/22
  15/17 16/6 20/17 21/4 27/22
  32/24 35/3 36/5 43/3 44/5 44/21
  45/10 45/11 47/4 51/3 51/4 51/5
  51/6 52/14 52/15 52/25 53/3
  55/24 61/11
outcome [1]   33/17
outlier [1]   17/23
outrageous [1]   27/25
outside [3]   43/14 43/24 44/15
over [6]   11/17 20/23 39/24 56/2
  56/3 59/2
overall [1]   4/18
overshoot [1]   25/24
own [5]   11/25 18/10 37/4 49/5
  50/2
owner [1]   7/19

## P

packaging [1]   56/23
pages [1]   5/23
paid [2]   7/12 50/24
painted [1]   49/1
Paragraph [1]   13/19
Paragraph 7 [1]   13/19
paralegal [1]   39/13
parceled [1]   16/6
parent [1]   43/25
parking [1]   8/18
part [6]   8/13 8/16 21/23 36/23
  57/23 59/1
participant [1]   11/18
participate [2]   60/14 61/7
participated [3]   6/13 6/21 6/25
participating [1]   23/4
particular [4]   8/9 8/11 15/4
  24/20
particularly [2]   7/15 36/6
partner [1]   46/25
passed [5]   10/2 10/3 10/11
  12/18 15/18
past [2]   27/18 34/8
path [5]   43/20 44/10 44/13
  52/20 52/24
pay [2]   33/17 33/17
paying [1]   38/10
peeled [1]   25/25
penalized [1]   38/16
Pennsylvania [1]   42/18
Pentagon [1]   37/1
people [28]   12/4 12/8 12/9

12/15 12/17 13/1 13/14 16/7
  18/10 22/6 23/18 24/19 24/24
  25/1 26/15 27/2 27/6 28/4 28/22
  31/22 43/4 43/6 45/9 49/1 53/16
  57/11 58/18 59/7
people's [3]   58/16 58/17 58/21
per [1]   20/23
percent [2]   45/12 52/7
perhaps [1]   22/1 23/6
period [14]   10/9 13/6 15/5
  20/10 21/6 21/15 21/22 24/7
  24/8 27/12 27/12 44/6 56/25
  60/10
permit [1]   60/21
person [22]   11/6 11/8 13/4
  16/20 16/22 27/3 27/11 40/4
  41/11 41/19 41/23 43/19 47/25
  47/25 48/23 49/11 50/11 53/15
  53/15 54/13 56/8 59/9
person's [1]   36/6
personal [3]   39/19 44/16 50/3
personality [1]   43/15
personally [1]   56/4
persuaded [1]   57/7
phone [32]   10/1 10/11 11/10
  11/11 11/12 11/24 12/18 12/20
  14/13 14/19 15/18 16/3 16/3
  16/6 16/8 16/9 16/14 16/18 18/6
  19/1 20/2 21/16 21/18 21/20
  21/23 22/2 22/6 22/18 22/23
  48/12 57/12 59/3
phone records [1]   14/19
phones [2]   10/2 10/25
photos [2]   5/20 6/10
physical [1]   6/25
pick [2]   36/5 47/10
picture [1]   48/25
piece [2]   11/1 43/5
place [1]   56/11
placed [2]   12/19 13/5
places [1]   56/21
Plaintiff [2]   1/3 1/14
plan [1]   39/17
plans [2]   39/14 39/16
play [7]   32/4 34/17 35/3 35/7
  35/18 43/8 51/14
played [6]   23/18 35/8 40/10
  40/12 40/14 51/10
player [6]   35/5 35/11 35/12
  43/14 43/24 51/11
player's [1]   35/24
players [2]   35/2 51/15
playing [2]   36/14 42/16
plays [1]   36/22
plea [1]   60/3
please [10]   2/4 28/20 29/2 29/5
  31/10 31/13 33/23 34/22 53/11
  55/18
plus [1]   14/1
podium [1]   28/6
point [10]   9/14 15/17 18/14
  20/17 21/25 22/21 23/6 23/14
  30/25 55/12
pointed [1]   21/4
points [1]   10/21
policy [1]   60/3
position [5]   4/15 13/25 16/20
  35/7 35/8
positions [1]   25/9
positive [1]   31/22
possess [1]   3/17
possession [1]   16/4

possessory [2]   17/12 17/20
potential [4]   4/8 15/13 26/24
  48/2
potentially [1]   9/21
power [1]   47/10
powerful [1]   58/12
practically [1]   51/9
pray [1]   48/12
precisely [1]   9/5
preferred [1]   8/14
premises [17]   4/22 5/11 5/12
  6/3 6/22 6/22 7/19 8/1 9/1 9/6
  16/25 17/1 17/3 17/8 17/10
  25/13 56/13
prepare [1]   27/22
present [3]   1/19 2/17 32/19
presentation [1]   55/23
presentence [8]   2/19 2/22 3/20
  3/25 4/4 4/11 4/17 4/20
presentencing [1]   2/25
pressing [2]   3/6 5/1
pressure [1]   11/3
pretend [1]   51/14
pretrial [1]   2/25
pretty [2]   38/9 52/15
prevent [1]   9/7
primarily [1]   10/19
primary [5]   6/8 7/25 11/25 17/8
  56/21
prime [4]   52/14 52/15 53/1
  53/17
principal [1]   7/25
prior [3]   10/7 15/21 16/5
priority [1]   45/1
prison [1]   27/21
Prisons [3]   60/9 61/1 61/10
probably [12]   3/1 5/11 24/21
  40/18 40/19 41/1 41/4 41/5 41/7
  47/24 49/21 51/22
probation [2]   1/20 60/15
Probation Officer [1]   1/20
problem [4]   4/9 27/18 31/23
  35/25
problems [2]   35/13 44/16
proceeding [1]   60/4
proceedings [1]   62/10
process [2]   8/13 55/20
profound [2]   23/15 24/1
program [5]   9/22 60/15 61/5
  61/8 61/8
program/substance [1]   61/8
programs [1]   60/16
prom [2]   32/8 32/9
property [2]   17/12 17/20
prosecuted [1]   24/16
prosecution [1]   52/12
protect [1]   47/23
provable [1]   20/5
proved [3]   56/2 56/20 58/3
provided [1]   19/16
PSR [1]   14/7
published [3]   7/22 7/23 57/2
pulled [1]   21/20
punish [1]   27/14
punished [1]   27/5
punishes [1]   27/4
punishing [1]   38/17
purchase [3]   6/4 8/3 11/19
purchased [3]   13/22 17/2 18/8
purchases [1]   13/21
purchasing [1]   5/21

## P

purpose [7]   5/21 9/2 9/6 17/8
17/9 21/13 56/21
purposes [1]   21/2
push [3]   48/2 48/22 48/23
put [8]   9/13 9/23 14/6 14/22
15/14 16/19 17/19 54/14
putting [2]   51/1 54/7

## Q

quantities [4]   13/18 13/23
14/14 18/16
quantity [9]   3/17 4/19 15/13
19/6 23/6 56/1 56/2 56/7 58/25
question [4]   3/1 18/23 25/18
56/14
questioned [1]   18/17
quick [1]   51/1
quite [2]   4/21 14/16

## R

R-A-S-H-A-D   [1]   42/6
R-O-N-N-I-E   [1]   33/25
raise [2]   31/25 51/9
raised [2]   49/20 51/23
rally [1]   43/19
rambunctious [1]   31/20
ran [1]   51/2
range [8]   5/6 15/14 19/15 25/5
25/6 25/6 58/7 58/8
ranking [1]   12/4
Rashad [1]   42/6
Rashad Brooks [1]   42/6
rather [2]   10/22 14/2
Rattlers [1]   34/17
RDAP [2]   61/5 61/9
RDAP program [1]   61/5
RDR [3]   1/23 62/8 62/13
read [4]   4/4 4/5 14/16 57/14
ready [2]   48/14 48/14
real [2]   39/12 51/10
realize [1]   44/3
really [13]   11/1 24/1 25/1
25/11 38/18 38/19 38/23 41/11
41/13 47/11 54/24 56/25 59/7
Realtime [1]   62/14
reason [1]   6/2
reasonable [4]   23/12 25/24
57/25 60/7
reasonably [2]   14/1 15/9
reasons [2]   17/18 51/8
recall [6]   3/3 8/19 9/16 14/18
18/7 18/7
receiving [1]   21/12
recent [1]   7/22
Recently [1]   54/22
recess [4]   28/8 28/18 55/14
55/16
recognize [2]   55/4 59/5
Recognizing [1]   58/5
recollection [1]   9/10
recollections [1]   18/21
recommend [3]   60/13 60/16 61/7
recommendation [8]   24/5 25/17
26/11 27/14 59/22 61/1 61/3
61/4
recommended [2]   27/4 53/12
recommends [2]   59/25 60/15
record [6]   4/3 20/15 21/19
22/20 24/9 62/10
records [2]   14/19 18/21

reflect [1]   24/6
regarding [1]   7/2
Registered [1]   62/13
rehab [1]   9/22
relationship [7]   7/18 7/18
30/10 46/7 46/11 47/17 49/18
relationships [1]   13/13
release [2]   59/13 60/11 60/14
remained [1]   11/18
remember [3]   15/18 41/12 41/14
remembering [1]   8/14
rented [1]   8/4
repeat [1]   14/25
report [8]   2/20 2/22 3/20 3/25
4/4 4/11 4/17 4/20
Reported [1]   1/22
Reporter [4]   1/24 62/13 62/14
62/14
representation [1]   26/3
request [2]   56/12 57/20
requested [1]   57/8
require [1]   22/21
required [2]   23/3 60/23
requires [3]   16/21 19/12 21/23
Resh [5]   6/9 6/12 6/16 6/17
6/21
residence [6]   6/1 6/8 6/13 9/15
17/6 56/19
resonate [1]   52/10
resonating [1]   50/12
respectable [1]   36/8
respectful [2]   31/3 31/21
responded [2]   15/19 16/11
responsibilities [1]   39/19
responsibility [1]   57/21
restrictions [1]   8/5
result [1]   7/20
return [1]   39/17
reverse [1]   12/13
review [1]   4/11
reviewed [2]   2/19 4/12
right [40]   2/13 2/17 2/18 3/10
4/10 4/14 8/23 12/16 15/10
22/12 22/25 25/6 26/5 28/12
28/20 31/7 31/21 33/2 33/18
43/20 44/9 44/13 45/11 49/12
51/4 52/18 52/23 53/23 54/3
54/4 54/10 54/24 55/2 55/3 55/9
55/13 55/14 57/23 59/16 61/16
rights [1]   61/22
role [7]   10/1 12/2 16/24 22/14
22/14 23/17 57/14
romantic [1]   7/18
Ronnie [1]   33/25
Ronnie Barnes [1]   33/25
rooted [1]   19/23
routinely [1]   8/12
running [1]   50/2

## S

S-P-E-N-C-E [1]   49/16
said [11]   15/2 21/17 22/5 27/16
36/8 41/11 51/7 51/9 52/8 57/7
58/9
sake [1]   25/10
sales [3]   8/13 10/24 11/13
same [8]   14/7 24/17 35/5 36/10
36/18 44/22 44/23 59/20
satisfying [1]   12/11
saw [7]   9/3 11/18 12/16 19/22
46/3 58/11 58/24

say [23]   2/19 17/22 18/24 23/2
23/14 24/24 32/16 33/13 33/15
36/2 36/12 38/21 41/13 41/20
41/25 47/14 47/21 50/24 53/25
54/6 55/10 55/22 57/13
saying [3]   18/20 20/13 31/5
Sayles [1]   57/17
says [1]   47/16
scene [1]   15/22
school [18]   32/2 32/7 32/15
39/17 39/18 39/18 39/23 40/8
40/10 40/11 40/13 40/16 40/20
40/24 41/1 41/6 41/14 47/7
scope [1]   58/3
screen [2]   14/6 14/16
seated [2]   2/3 28/20 55/18
second [5]   17/13 23/14 53/6
56/20 61/19
secret [1]   34/12
security [2]   17/18 34/11
see [15]   3/23 4/15 9/5 12/8
17/25 23/20 24/14 31/1 40/22
40/25 41/2 41/4 41/6 41/6 59/13
seem [2]   7/22 7/24
seemed [1]   7/9
seems [4]   4/21 12/7 19/20 20/15
seen [2]   24/16 27/24
selection [1]   23/23
senior [1]   32/9
sense [1]   23/22
sensitive [1]   11/20
sentence [13]   23/12 24/6 24/16
25/20 25/25 27/4 28/2 32/20
33/4 59/19 60/7 60/7 61/12
sentencing [9]   1/13 2/12 2/20
2/23 15/14 25/19 52/12 55/20
60/4
September [1]   62/15
series [3]   10/19 10/25 14/13
serious [6]   24/18 35/16 35/19
43/18 58/11 59/17
seriousness [3]   24/2 24/6 59/5
serve [1]   59/3
served [1]   16/24
services [1]   38/16
seven [4]   30/2 30/2 42/18 42/18
seven-on-seven [1]   42/18
several [2]   7/23 12/13
sharing [1]   47/7
she [14]   18/15 18/17 20/20 21/9
21/9 21/10 21/11 21/11 21/14
30/6 30/7 47/15 47/16 55/4
She's [1]   29/21
Sheriff's [2]   1/21 2/11
Sheriff's Office [1]   1/21
short [3]   27/12 44/6 44/13
shortly [1]   18/2
should [6]   5/3 19/7 27/15 52/10
58/19 59/25
shouldn't [3]   19/6 40/19 52/22
show [6]   5/11 5/20 9/10 52/7
52/9 56/3
showed [1]   14/7
showing [1]   52/1
shown [3]   6/10 7/1 60/17
shows [3]   5/22 12/9 22/15
Shropshire [23]   10/3 10/12 11/5
11/20 12/3 12/8 12/18 13/5 13/8
16/3 16/6 16/9 16/14 16/18 19/1
21/16 21/20 21/21 22/3 22/9
22/11 22/16 22/19
Shropshire's [2]   11/16 59/3

**S**

shut [1]   22/18
sic [1]   51/14
sides [1]   35/9
significant [1]   24/2
silly [2]   47/17 53/15
similar [1]   25/9
simply [4]   12/10 12/25 16/23
   20/2
since [11]   7/6 23/15 29/15
   30/11 34/9 35/2 41/17 42/22
   46/5 46/18 47/2
Sinclair [8]   5/14 5/15 5/18
   7/11 8/3 9/15 17/10 17/20
Sinclair Lane [4]   8/3 9/15
   17/10 17/20
sir [8]   31/7 34/15 37/11 42/2
   42/10 42/24 43/23 49/24
site [1]   7/15
situation [8]   32/20 33/7 37/5
   43/2 44/19 45/5 54/7 54/16
six [2]   36/15 60/7
Slade [1]   57/16
slightly [1]   19/14
small [1]   20/10
smallest [1]   15/7
smart [1]   32/3
snapshot [1]   14/22
so [75]
society [3]   41/21 41/22 53/17
sold [1]   23/17
solely [1]   14/8
some [17]   4/24 12/4 12/7 12/12
   12/13 14/21 14/21 16/22 23/15
   28/10 34/19 35/1 38/5 38/19
   51/3 55/5 56/7
somebody [3]   24/23 35/18 51/2
someone [3]   8/4 17/2 20/25
something [10]   19/14 35/23
   38/20 40/19 41/20 47/15 51/16
   53/13 54/19 56/14
sometime [8]   10/20 18/1 18/24
   18/25 19/4 26/22 32/25 41/1
sometimes [4]   13/10 35/24 36/6
   51/17
somewhere [5]   16/1 33/11 37/6
   50/22 53/11
son [11]   31/18 31/19 31/19 32/5
   33/6 35/4 36/10 36/11 36/14
   52/1 52/18
sons [2]   36/18 37/4
sorry [2]   14/17 61/21
sort [8]   3/4 5/2 13/3 13/7
   14/20 27/17 50/17 50/19
sought [1]   51/3
Sounds [1]   35/23
space [1]   38/5
speak [7]   28/4 28/6 49/20 52/5
   53/7 54/4 58/19
speaking [1]   42/16
speaks [2]   12/2 24/1
special [6]   14/12 14/18 19/21
   19/25 60/13 60/23
Special Agent Edwards [3]   14/12
   14/18 19/25
Special Agent Edwards' [1]
   19/21
specific [10]   14/14 14/14 14/19
   14/21 15/25 19/5 20/2 20/7
   20/11 61/1
specifically [5]   3/3 6/4 6/13

17/4 21/12
spell [1]   33/24
spelled [1]   39/6
Spence [3]   49/16 49/17 53/21
spent [2]   49/21 51/7
spin [1]   50/15
spoke [1]   50/11
spot [2]   43/7 43/9
stable [1]   41/18
stages [1]   9/23
stand [2]   27/3 34/22
standing [1]   31/5
Staples [1]   42/13
star [2]   35/23 36/12
stars [2]   36/2 36/13
start [5]   23/10 28/24 35/9
   50/14 56/11
started [5]   9/19 11/23 21/9
   23/24 36/14
starting [3]   3/23 5/4 34/9
starts [1]   4/20
stashed [1]   11/21
state [6]   29/5 31/13 33/23
   34/10 59/7 59/19
statement [1]   4/18
STATES [11]   1/1 1/3 1/16 2/7
   2/9 57/5 57/6 57/16 57/17 57/18
   61/13
stature [1]   43/15
stay [2]   32/17 37/7
staying [1]   51/1
stenographic [1]   62/9
step [3]   22/22 31/10 51/13
stepped [1]   11/6
steps [2]   23/3 27/22
stick [1]   46/14
still [7]   32/15 45/1 45/2 45/11
   53/12 54/21 58/25
stop [2]   18/23 59/6
stopped [2]   11/24 23/4
store [1]   17/9
stored [4]   7/3 7/5 17/3 56/24
storing [1]   17/1
straight [1]   53/8
street [4]   1/24 7/7 8/15 10/19
strive [1]   54/21
strong [3]   47/14 47/18 48/21
stronger [3]   45/6 45/7 47/15
struck [1]   19/22
struggle [2]   25/19 48/3
struggling [1]   48/5
stuck [1]   45/9
student [3]   9/17 9/20 32/1
studio [1]   50/4
stuff [3]   35/21 36/19 50/23
subject [1]   5/3
subset [1]   20/11
substance [2]   60/14 61/8
substantial [2]   12/10 59/1
successful [2]   41/23 50/2
such [1]   5/22
sucks [1]   44/19
sufficient [1]   58/1
summary [3]   4/6 20/1 20/8
summer [1]   10/12
Superman [1]   47/11
superseding [3]   3/14 3/16 61/19
supervised [3]   16/22 60/11
   60/14
supervising [1]   22/11
supervision [1]   16/21

supervisor [4]   4/23 10/15 16/19
supplies [1]   42/12
support [8]   26/15 26/16 32/25
   45/6 45/10 47/23 59/12 59/12
supportive [1]   47/2
supposed [1]   37/1
sure [20]   2/24 3/6 7/13 7/21
   8/2 10/14 10/17 11/14 12/7
   24/20 28/3 28/9 28/11 28/13
   28/25 36/3 40/13 45/5 49/9
   59/11
surrounding [1]   23/25
surveillance [7]   5/19 6/10 6/25
   8/9 9/4 9/7 11/22
surveillances [1]   18/5
surveilled [1]   7/19
sustained [1]   56/25
Swillo [1]   1/20
system [3]   26/13 38/13 45/7
systems [1]   34/6

**T**

T-A-U-R-U-S [1]   39/6
T-H-O-M-A-S [1]   37/17
T-O-Y-A-N-N-A [1]   31/14
Tailspin [3]   5/13 6/6 17/6
take [9]   21/1 25/9 28/15 35/11
   38/23 50/9 53/17 54/15 55/13
taken [2]   28/18 55/16
takes [1]   47/7
taking [1]   12/25
talk [5]   28/23 36/17 37/4 44/16
   48/12
talked [2]   7/8 36/19
talking [2]   30/6 50/22
taught [2]   31/21 33/2
Taurus [1]   39/5
Taurus Barksdale [1]   39/5
teach [1]   50/4
team [16]   34/16 34/17 34/19
   35/3 35/14 35/17 35/24 36/11
   36/13 36/23 43/3 43/5 43/10
   45/1 45/3 45/3
teammate [1]   35/22
teammates [2]   27/10 36/21
technical [1]   23/3
teenaged [1]   32/5
telephone [1]   15/23 16/2
tell [11]   10/16 26/6 27/3 27/6
   30/22 33/12 38/7 41/8 43/22
   47/20 55/24
ten [5]   28/14 28/15 39/24 50/3
   55/14
ten-minute [2]   28/15 55/14
tend [1]   25/23
tentative [1]   5/2
term [1]   24/2
terms [3]   13/17 23/6 58/3
terrible [1]   32/21
terror [1]   38/5
testament [1]   52/9
testified [15]   5/17 5/21 6/2
   8/7 8/12 8/25 9/19 14/5 14/12
   14/23 18/11 18/15 19/25 21/9
   23/16
testify [2]   9/12 58/15
testifying [2]   18/7 18/16
testimony [23]   5/16 6/7 6/8
   6/24 8/14 10/5 10/6 11/7 12/17
   13/2 13/20 14/4 14/8 14/14
   14/18 14/25 16/2 18/14 19/21

Case 1:16-cr-00051-BAC Document 416   Filed 09/19/18   Page 74 of 76

**T**

testimony... [4]   20/20 58/12
58/12 58/20
than [18]   4/8 4/13 7/14 14/2
16/14 18/16 19/14 22/8 22/9
24/18 31/1 37/9 45/3 47/15
49/21 49/21 56/25 57/12
thank [44]   2/6 2/13 2/18 4/1
15/10 26/8 28/16 28/21 29/8
29/25 31/7 31/9 33/20 33/21
34/23 34/24 37/10 37/12 37/13
38/25 39/1 39/7 41/24 42/1 42/2
42/3 45/13 45/14 45/15 45/16
49/6 49/7 49/10 53/19 53/20
53/21 53/21 55/9 55/19 61/14
61/16 61/20 62/5 62/6
thanks [2]   42/5 51/25
that [344]
that's [54]   3/8 5/8 5/11 5/22
7/6 9/5 15/13 15/14 19/1 20/5
20/12 21/19 21/22 22/7 22/10
25/18 26/6 26/12 26/22 27/8
27/12 28/25 31/1 31/20 32/4
33/6 33/19 37/21 39/6 41/25
44/12 44/23 45/1 45/13 47/16
48/25 50/20 51/11 51/16 51/23
51/24 52/14 52/15 53/2 53/12
55/8 56/13 57/13 57/14 57/18
58/7 58/9 60/11 61/9
The Alameda [1]   8/15
their [9]   8/17 17/7 18/21 21/6
22/23 23/17 23/18 33/16 47/17
them [16]   8/18 11/22 12/25
13/10 20/7 28/6 28/8 28/10
28/24 34/22 36/1 36/18 36/19
36/20 56/18 57/24
themselves [1]   20/6
then [22]   3/4 3/10 6/1 6/12
6/17 6/25 9/18 9/21 12/25 13/7
13/17 14/22 17/22 21/12 21/21
25/4 30/11 32/13 36/15 47/9
51/4 53/23
there [76]
there's [19]   3/4 15/17 15/25
16/17 17/11 17/18 17/19 21/17
22/5 22/19 26/5 27/2 44/21
53/22 53/25 57/10 57/20 58/1
60/22
these [17]   5/13 6/24 7/6 8/8
9/10 10/22 10/25 14/9 14/25
35/4 36/9 37/3 37/8 56/17 56/21
56/24 60/6
they [51]   3/19 5/17 5/20 6/2
6/2 6/9 8/7 8/12 8/13 8/18 8/20
8/21 8/25 10/2 10/24 11/13
12/19 12/20 13/4 13/5 13/6 13/8
13/21 15/2 15/2 15/3 18/8 18/11
18/12 18/12 18/24 21/4 21/6
28/6 35/2 35/5 35/5 35/20 36/3
36/7 36/8 36/9 36/16 37/3 37/8
47/17 47/18 48/4 58/19 60/16
60/19
they're [10]   18/22 20/5 33/16
35/4 36/2 36/16 36/18 36/18
37/4 47/17
thing [9]   22/5 47/22 50/11
50/15 50/16 50/17 51/5 54/13
59/1
things [9]   18/8 28/11 38/20
40/10 40/19 50/8 50/19 51/12
52/22

**T**

think [72]
third [6]   3/14 3/15 3/16 13/17
13/18 53/6
third superseding [1]   3/14
Third superseding indictment [1]
3/16
thirteen [1]   46/21
this [77]
THOMAS [106]
Thomas's [16]   3/12 6/7 11/16
12/2 12/21 16/5 17/6 17/21
17/25 18/4 21/23 26/19 31/15
31/17 55/23 58/21
those [18]   4/24 5/1 5/20 6/18
8/7 8/7 13/23 16/11 21/4 24/3
24/9 25/20 27/11 27/11 43/6
44/3 58/23 60/19
though [1]   55/2
thought [4]   5/2 22/3 24/4 30/7
thousand [7]   5/5 19/11 19/14
19/14 19/15 46/20 59/2
threat [1]   41/21
three [10]   6/8 10/15 18/18
27/25 34/8 35/1 48/3 53/11 57/3
57/8
three-level [2]   10/15 57/8
through [12]   6/23 9/20 10/12
10/25 14/19 36/20 37/2 40/13
46/4 52/19 52/19 52/25
throughout [3]   50/5 52/11 52/11
Thursday [1]   1/8
ticket [1]   26/11
tight [1]   48/21
time [20]   15/24 18/25 20/21
23/15 31/23 31/23 36/24 40/25
43/18 44/7 44/12 44/14 47/15
49/21 51/3 51/8 54/15 56/25
59/1 59/13
times [1]   48/1
today [7]   29/21 36/24 44/5 45/8
46/23 48/17 58/18
together [13]   40/10 40/13 43/5
43/19 46/5 46/9 46/10 46/18
48/3 48/13 48/16 48/21 49/20
told [1]   35/5
tons [1]   50/22
too [5]   4/21 35/15 36/12 53/2
59/22
took [14]   15/20 15/23 16/9 19/1
21/1 27/21 36/24 41/18 47/9
51/13 52/20 52/24 52/24 54/23
top [1]   34/12
total [2]   4/18 14/1
tough [1]   43/3
towards [2]   55/1 55/7
Toyanna [1]   31/14
Toyanna Earl [1]   31/14
track [2]   48/22 59/16
traffic [4]   26/11 28/11 37/2
45/9
training [2]   27/19 50/3
transaction [6]   5/22 7/7 9/5
9/8 12/22 14/21
transactions [11]   7/7 9/11 10/7
13/14 17/16 20/1 20/2 20/4 20/9
20/10 56/17
transcript [1]   62/9
transfer [1]   21/23
transferred [2]   21/16 21/18
treacherous [1]   33/19
treat [1]   30/18

**T**

treatment [1]   27/15
trial [6]   3/2 3/3 3/7 5/15
5/17 6/23 9/3 10/18 13/2 14/4
14/5 14/8 14/13 20/9 23/15
38/20 56/2 57/22 58/3 58/12
58/24
tried [3]   24/13 47/23 50/17
troops [1]   43/19
trouble [1]   32/23 40/4 40/15
40/17 40/18 41/12 51/19 51/20
51/23 53/9 59/10
troublemaker [3]   40/20 40/21
41/11
true [4]   22/7 31/5 52/7 53/8
truly [2]   12/4 49/2
trust [1]   11/16
trusts [1]   52/10
try [6]   11/24 26/2 36/20 36/21
50/15 59/6
trying [3]   3/8 23/2 32/24
turn [2]   13/17 53/23
turned [3]   11/6 11/8 11/17
twice [2]   44/22 44/23
two [11]   4/24 5/12 5/16 6/14
8/2 42/15 46/20 47/8 56/13
56/18 57/21
two-level [1]   57/21
type [1]   55/5
typical [2]   32/5 38/3

**U**

U.S [1]   1/20
U.S. [1]   57/4
U.S. versus Christian [1]   57/4
uncharged [2]   11/7 12/21
uncle [1]   31/23
under [6]   6/16 23/7 23/11 27/23
38/13 58/10
understand [6]   34/13 34/19
38/13 53/13 53/13 62/2
understanding [1]   13/1
understood [3]   23/5 44/7 44/8
unfortunate [1]   37/6
unfortunately [1]   54/17
unique [1]   26/14
UNITED [11]   1/1 1/3 1/16 2/7
2/9 57/5 57/6 57/16 57/17 57/18
61/13
United States [3]   2/7 2/9 61/13
United States versus Cameron [1]
57/18
United States versus Clark [1]
57/5
United States versus Messer [1]
57/6
United States versus Sayles [1]
57/17
United States versus Slade [1]
57/16
University [1]   39/18
unlike [1]   24/22
unpublished [2]   7/24 57/3
until [8]   9/21 15/24 16/9 19/3
40/5 40/6 41/1 44/25
unusual [1]   23/22
up [26]   3/8 11/24 13/4 27/3
27/9 28/6 29/1 31/10 33/1 34/22
35/6 38/6 39/24 41/15 42/17
44/25 46/3 46/8 47/10 51/10
51/20 52/1 52/5 52/7 53/7 61/9
us [11]   2/10 38/6 43/17 43/19
43/19 45/8 47/10 47/23 47/23

Case 1:16-cr-00051-SAG Document 426 Filed 08/19/18 Page 75 of 76

**U**

us... [2]   51/22 51/23
use [2]   5/12 27/17
used [5]   7/14 9/6 10/2 23/1 56/24
uses [1]   7/25
using [5]   6/21 9/17 11/24 21/9 27/17

**V**

vague [1]   14/20
valuable [1]   22/23
various [3]   7/17 10/21 55/25
versus [7]   2/7 57/4 57/5 57/6 57/16 57/17 57/18
very [31]   13/10 15/7 15/17 21/8 23/18 26/24 28/8 30/15 30/17 30/19 30/21 31/3 31/3 32/2 32/2 35/12 36/8 36/8 47/2 47/14 47/18 50/10 55/20 57/10 58/11 58/12 58/18 58/21 59/9 59/17 60/11
victims [1]   24/17
video [2]   11/19 11/21
Virginia [2]   50/1 51/18
visible [1]   8/15
vocational [2]   27/19 60/16
voices [1]   23/19
volition [1]   21/23
volumes [1]   12/2

**W**

W.B. [1]   42/10
W.B. Mason [1]   42/10
Waldman [2]   18/11 18/20
walk [1]   31/2
walked [1]   55/3
wall [1]   33/1
want [20]   10/16 26/6 27/2 28/3 28/4 28/11 33/11 33/15 43/8 43/8 43/8 45/4 50/6 50/10 50/14 52/3 53/14 54/5 54/6 61/2
wanted [5]   43/7 43/9 47/21 51/14 51/16
wanting [1]   35/20
wants [1]   55/10
was [209]
Washington [2]   11/4 13/6
wasn't [13]   3/1 3/6 8/8 12/25 13/11 18/18 31/5 38/15 43/7 48/8 52/6 52/8 59/1
way [11]   10/24 16/22 16/24 20/18 24/13 33/18 40/13 44/13 55/5 59/21 60/18
we [86]
we'll [3]   3/10 28/15 45/11
we're [6]   2/11 3/11 3/12 45/8 48/21 51/1
we've [5]   24/16 25/7 38/14 46/10 47/5
week [1]   20/23
weeks [1]   20/23
weight [1]   24/21
welcome [2]   36/16 37/9
well [25]   4/15 6/14 7/5 9/22 10/14 19/8 21/18 22/1 22/5 25/24 26/15 30/9 30/14 30/18 30/19 30/21 30/24 39/16 40/24 43/1 50/8 51/14 53/13 55/19 60/16
Weller [1]   39/12

Weller Development [1]   39/12
8/20 8/21 9/1 9/15 14/19 16/5 21/20 32/9 57/22
were [51]   3/6 5/13 5/15 6/10 6/14 7/5 7/8 7/17 8/16 10/7 10/24 10/25 11/4 11/22 12/5 12/20 13/25 14/9 14/14 14/19 14/25 15/3 16/6 17/16 18/9 18/16 20/2 20/4 21/4 21/6 21/22 24/17 25/16 28/10 30/5 35/2 40/7 40/9 40/22 46/3 47/7 48/4 48/5 48/5 49/20 51/23 55/25 56/3 56/24 58/19 58/21
what [62]   3/8 4/15 7/11 7/21 15/8 17/25 18/20 19/5 20/13 20/13 21/19 23/7 23/11 23/15 24/4 24/14 24/20 24/21 25/1 26/3 26/3 27/3 27/17 30/22 31/18 32/1 32/4 33/2 33/11 33/12 34/16 35/7 38/2 38/7 38/14 40/7 41/4 41/8 41/10 42/11 44/7 44/7 44/9 44/12 46/14 48/13 50/5 50/6 51/11 51/17 51/18 52/8 52/21 52/21 52/23 52/23 53/11 54/11 54/17 55/7 58/3 59/6
what's [2]   10/20 49/18
whatever [6]   8/4 27/12 33/17 33/18 54/13 54/13
when [47]   9/6 9/20 12/18 15/2 15/2 15/22 16/2 18/17 18/23 19/22 20/25 21/6 21/15 21/20 21/21 21/22 23/1 24/4 24/8 27/22 28/3 30/1 31/2 32/24 33/4 33/12 33/12 34/25 38/11 39/21 40/7 40/9 43/18 45/23 46/9 46/12 46/19 48/1 48/4 48/4 48/6 50/18 50/21 52/15 52/18 54/22 55/3
whenever [1]   45/11
where [20]   5/2 5/8 5/9 7/6 8/16 11/21 12/16 13/8 14/14 14/19 17/16 18/12 19/22 20/2 42/23 43/2 44/4 47/9 49/25 55/24
wherever [1]   43/13
whether [13]   3/6 3/18 7/11 11/22 13/5 19/13 33/16 43/16 44/6 44/17 44/17 58/14 60/5
which [26]   4/21 4/23 5/4 6/3 6/6 7/9 8/3 10/9 10/24 12/7 12/13 14/4 15/3 15/25 18/23 22/15 22/21 22/23 29/14 56/3 57/4 57/5 57/22 57/24 60/8 61/8
while [7]   9/17 12/19 13/2 13/2 21/3 27/23 40/15
who [24]   2/17 5/16 9/14 9/17 12/5 12/22 13/1 17/23 18/15 21/9 23/16 27/2 27/8 27/8 27/9 27/10 27/13 27/20 28/4 28/22 29/11 35/2 49/2 51/2
who's [1]   46/22
whole [6]   20/6 36/13 37/5 39/25 50/5 50/16
whomever [1]   13/7
why [8]   9/5 19/6 24/2 26/6 26/22 29/11 31/20 46/14
Widener [1]   39/18
Widener University [1]   39/18
wife's [1]   29/19
will [19]   4/25 25/9 27/1 27/5 27/14 27/14 31/1 33/4 48/11

48/18 48/20 49/4 50/23 52/14 52/24 57/7 57/7 59/1 60/19
win [1]   54/21
winning [1]   43/16
wire [1]   18/3
wiretap [1]   18/6
wiretaps [1]   23/19
Wise [5]   1/15 2/5 2/8 24/12 61/17
wish [2]   38/23 61/25
withdrawal [3]   22/17 23/2 23/7
withdrew [3]   15/24 22/20 23/2
within [3]   9/22 25/6 62/1
without [2]   11/12 12/11
witness [5]   9/12 9/13 21/5 21/5 21/9
witnesses [8]   6/24 6/24 8/25 14/5 18/7 18/10 21/4 24/4
won't [2]   25/23 48/18
word [1]   23/2
work [16]   29/13 29/14 29/15 32/10 34/5 36/24 41/16 42/9 45/9 47/8 47/10 49/25 50/12 50/12 50/12 60/18
worked [8]   21/12 32/16 34/7 34/8 41/13 46/2 48/6 51/24
working [6]   29/13 30/13 36/21 48/1 48/6 49/23
worthy [1]   30/7
would [59]   5/4 5/6 5/9 7/21 11/12 13/4 13/7 13/25 14/3 15/16 19/11 20/17 22/21 23/7 24/4 24/5 24/6 25/1 25/6 25/16 25/25 27/18 28/3 28/5 28/22 30/22 30/24 31/10 35/18 38/7 40/18 41/2 41/2 41/8 41/15 41/20 43/21 44/14 47/3 47/8 47/14 48/2 50/21 50/24 51/20 51/22 51/23 52/3 52/5 52/23 53/12 54/16 54/16 56/7 57/15 59/20 61/2 61/4 61/18
wouldn't [4]   31/4 38/22 52/7 53/8
write [1]   18/12
wrong [8]   31/21 33/1 33/3 44/8 48/13 53/13 54/11 59/20

**Y**

Yeah [5]   32/16 36/4 36/7 39/16 46/6
year [4]   39/17 41/1 52/1 52/2
years [22]   26/6 26/18 27/25 27/25 30/2 34/9 35/1 35/2 38/18 39/24 40/25 42/15 46/9 50/3 52/13 52/14 52/18 53/1 53/2 53/11 60/8 60/10
yes [36]   3/10 4/12 7/9 23/8 29/6 29/14 29/18 29/23 29/23 29/25 30/12 30/15 32/6 32/11 32/16 32/18 34/5 34/12 34/15 34/21 35/12 36/7 36/12 37/11 38/1 39/11 42/10 42/22 42/24 43/23 46/24 47/21 49/24 54/2 61/24 62/3
you [197]
you'd [4]   28/5 33/13 47/19 53/25
you'll [3]   9/16 24/20 61/23
you're [2]   34/13 50/23
you've [4]   4/3 37/25 46/5 46/18
young [1]   59/15
your [71]

**Y**

Your Honor [47]   2/6 2/14 2/24
3/9 3/15 4/1 4/6 4/12 5/10 8/6
10/17 10/21 11/6 11/18 15/3
15/12 19/8 19/19 22/10 23/13
25/24 26/8 26/10 27/3 28/7
28/21 28/22 31/6 31/11 39/3
42/3 42/4 49/8 49/10 49/11
49/13 50/9 53/6 53/10 53/22
55/11 61/4 61/13 61/15 61/18
62/5 62/6

**Z**

Zweizig [3]   1/23 62/8 62/13