# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES | Criminal Action No. CCB-16-051 |
| v. | Civil Action No. CCB-21-3043 |
| ALEXANDER CAMPBELL | |

## ORDER

The government is reminded that its response to the motion to vacate filed by Alexander Campbell (ECF 481) is past due (*see* ECF 482). Considering the possibility that counsel was not aware of the show cause order, the deadline is hereby Extended until June 9, 2022.

A copy of this Order shall be emailed to AUSA Michael Hanlon and AUSA Leo Wise, and also sent to Alexander Campbell.

So Ordered this 9th day of May, 2022.

/s/

Catherine C. Blake
United States District Judge