IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | Criminal No. SAG-16-00051 |
| | * | |
| ANTONIO SHROPSHIRE | | |

\*\*\*\*\*\*\*

# **ORDER**

It is hereby Ordered that the government submit by November 3, 2022, the wiretap affidavits associated with the above captioned case to my chambers for *in camera* review to determine whether there is reason to keep them (or portions of them) sealed.

SO ORDERED this 25th day of October, 2022.

_____/s/_____
Stephanie A. Gallagher
United States District Judge

1