IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | * | |
| | * | |
| v. | * | **Crim. Case No.: SAG-16-00051** |
| | * | |
| **ANTONIO SHROPSHIRE,** | * | |
| | * | |
| **Defendant.** | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Defendant Antonio Shropshire has a long-pending motion, ECF 432, seeking to unseal the wiretap affidavits and applications in his underlying criminal case to permit him to file for relief pursuant to 28 U.S.C. § 2255. This Court has reviewed the motion, the opposition, ECF 526, and Defendant's reply, ECF 527. No hearing is necessary. *See* Loc. R. 105.6 (D. Md. 2023).

Back in 2022, when this case was assigned to another judge, this Court denied the § 2255 motion Defendant filed, ECF 488. Defendant has shown no good cause to unseal and provide the discovery to him at this stage, particularly in light of the dangers associated with providing sensitive discovery information to self-represented, incarcerated defendants to be maintained in a prison setting. Accordingly, ECF 432 is DENIED.

Dated: February 12, 2024                                           /s/
                                                                  Stephanie A. Gallagher
                                                                  United States District Judge